**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1** | **CIVIL ACTION NO:** |
| **Plaintiff** | **COMPLAINT** |
| **vs.** | **RE:**<br>**7 Clifford Street, Biddeford, ME 04005** |
| **William R. Bishop and Carol L. Bishop** | **Mortgage:**<br>**July 18, 2003**<br>**Book 13224, Page 015**<br>**Re-Recorded 16823, Page 483**<br>**York County Registry of Deeds** |
| **Defendants** | |

NOW COMES the Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1, by and through its attorneys, Doonan, Graves & Longoria, LLC, and hereby complains against the Defendants, William R. Bishop and Carol L. Bishop, as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant 28 U.S.C. § 1332(a)(1) (Diversity) because the Plaintiff and Defendants are citizens of different states and the matter in controversy exceeds the sum or value of seventy-five thousand and 00/100 ($75,000.00) dollars, exclusive of interest and costs. Any Court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought under 28 U.S.C. § 2201.

2.  This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because the object of this litigation is a Note executed under seal currently owned and held by Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1, in which the Defendants, William R. Bishop and Carol L. Bishop, are the obligor and the total amount owed under the terms of the Note is Ninety-Eight Thousand One Hundred Eighty-Five and 44/100 ($98,185.44) Dollars, plus attorney fees and costs associated with the instant action; thus, the amount in controversy exceeds the jurisdictional threshold of seventy-five thousand ($75,000.00) dollars.

3.  This Court also has jurisdiction over this action pursuant to the so-called "sue and be sued" clause of its Charter.

4.  Venue is properly exercised pursuant to 28 U.S.C. §1391(b)(2) insofar as all or a substantial portion of the events that give rise to the Plaintiff's claims transpired in Maine and the property is located in Maine.

## PARTIES

5.  Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 is a Corporation with its main/principal place of business located at 8200 Jones Branch Drive, McLean, VA 22102.

6.  The Defendant, Carol L. Bishop, is a resident of Biddeford, County of York and State of Maine.

7.  The Defendant, William R. Bishop, is a resident of Biddeford, County of York and State of Maine.

## FACTS

8. On November 23, 1999, by virtue of a Warranty Deed from William R. Bishop, which is recorded in the York County Registry of Deeds in **Book 9820, Page 126**, the property situated at 7 Clifford Street, City/Town of Biddeford, County of York, and State of Maine, was conveyed to William R. Bishop and Carol L. Bishop, being more particularly described by the attached legal description. *See* Exhibit A (a true and correct copy of the legal description is attached hereto and incorporated herein).

9. On July 18, 2003, Defendants, William R. Bishop and Carol L. Bishop, executed and delivered to Back Bay Inc. D.B.A. Mortgage Approval Services a certain Note under seal in the amount of $120,000.00. *See* Exhibit B (a true and correct copy of the Note is attached hereto and incorporated herein).

10. To secure said Note, on July 18, 2003, Defendants, William R. Bishop and Carol L. Bishop, executed a Mortgage Deed in favor of Back Bay Inc. D.B.A. Mortgage Approval Services, securing the property located at 7 Clifford Street, Biddeford, ME 04005 which Mortgage Deed is recorded in the York County Registry of Deeds in **Book 13224**, **Page 015**. *See* Exhibit C (a true and correct copy of the Mortgage is attached hereto and incorporated herein).

11. On July 18, 2003, William R. Bishop and Carol L. Bishop, executed a Corrective Mortgage Deed in favor of Back Bay Inc. D.B.A. Mortgage Approval Services which Corrective Mortgage Deed is recorded in the York County Registry of Deeds in **Book 16823**, **Page 482**. *See* Exhibit D (a true and correct copy of the Corrective Mortgage is attached hereto and incorporated herein).

12. The Mortgage was then assigned to CitiFinancial Mortgage Company, Inc. by virtue of an Assignment of Mortgage dated July 18, 2003, and recorded in the York County Registry of Deeds in **Book 16823**, **Page 507**. Lost Assignment Affidavit dated June 16, 2015, and recorded in the York County Registry of Deeds **Book 17060**, **Page 238.** *See* Exhibit E (a true and correct copy of the Assignment of Mortgage and Lost Assignment Affidavit are attached hereto and incorporated herein).

13. The Mortgage was then assigned to Green Tree Servicing LLC by virtue of an Assignment of Mortgage dated July 8, 2015, and recorded in the York County Registry of Deeds in **Book 17060**, **Page 245**. *See* Exhibit F (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

14. The Mortgage was then assigned to Specialized Loan Servicing, LLC by virtue of an Assignment of Mortgage dated November 30, 2017, and recorded in the York County Registry of Deeds in **Book 17615**, **Page 901**. *See* Exhibit G (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

15. The Mortgage was then assigned to Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 by virtue of an Assignment of Mortgage dated February 12, 2020, and recorded in the York County Registry of Deeds in **Book 18202**, **Page 54**. *See* Exhibit H (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

16. On January 27, 2026, the Defendants, William R. Bishop and Carol L. Bishop, were sent a Notice of Mortgagor's Right to Cure, as evidenced by the Certificate of Mailing (herein

after referred to as the "Demand Letter"). *See* Exhibit I (a true and correct copy of the Demand Letter is attached hereto and incorporated herein).

17. The Demand Letter informed the Defendants, William R. Bishop and Carol L. Bishop, of the payment due date, the total amount necessary to cure the default, and the deadline by which the default must be cured, which was thirty-five (35) days from receipt of the Demand Letter. *See* Exhibit I.

18. The Defendants, William R. Bishop and Carol L. Bishop, failed to cure the default prior to the expiration of the Demand Letter.

19. The Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1, is the present holder of the Note pursuant to endorsement by the previous holder (if applicable), payment of value and physical possession of the Note in conformity with 11 M.R.S. § 3-1201, et seq., and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929).

20. The Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1, hereby certifies it is the lawful holder and owner of the Note and Mortgage.

21. The Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1, hereby certifies that all steps mandated by law to provide notice to the mortgagor pursuant to 14 M.R.S.A. § 6111 and/or Note and Mortgage were strictly performed.

22. The total debt owed under the Note and Mortgage as of March 5, 2026, is Ninety-Eight Thousand One Hundred Eighty-Five and 44/100 ($98,185.44) Dollars, which includes:

| Description | Amount |
|---|---|
| Principal Balance | $81,281.15 |

| | |
|---|---|
| Interest | $5,187.93 |
| Unpaid Late Charges | $44.94 |
| Escrow Advance | $10,417.45 |
| Recoverable Corporate Advance Balance | $1,208.00 |
| Fees | $45.97 |
| Grand Total | $98,185.44 |

23. Upon information and belief, the Defendants, William R. Bishop and Carol L. Bishop, are presently in possession of the subject property originally secured by the Mortgage.

## COUNT I – FORECLOSURE AND SALE

24. The Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1, repeats and re-alleges paragraphs 1 through 23 as if fully set forth herein.

25. This is an action for foreclosure and sale respecting a real estate related Mortgage and title located at 7 Clifford Street, Biddeford, County of York, and State of Maine. *See* Exhibit A.

26. The Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1, is the holder of the Note referenced in Paragraph 9 pursuant to endorsement by the previous holder (if applicable) and physical possession of the aforesaid Note in conformity with Title 11, section 3-1201, et seq. of the Maine Revised Statutes and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929). As such, Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1, has the right to foreclosure and sale upon the subject property.

27. The Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1, hereby certifies it is the current owner and investor of the aforesaid Mortgage and Note.

28. The Defendants, William R. Bishop and Carol L. Bishop, are presently in default on said Mortgage and Note, having failed to make the monthly payment due July 1, 2024, and all subsequent payments, and, therefore, have breached the condition of the aforesaid Mortgage and Note.

29. The total debt owed under the Note and Mortgage as of March 5, 2026, is Ninety-Eight Thousand One Hundred Eighty-Five and 44/100 ($98,185.44) Dollars.

30. The record established through the York County Registry of Deeds indicates that there are no public utility easements recorded subsequent to the Mortgage and prior to the commencement of these proceedings affecting the mortgaged premises at issue herein.

31. By virtue of the Defendants, William R. Bishop and Carol L. Bishop's, breach of condition, the Plaintiff hereby demands a foreclosure and sale on said real estate.

32. Notice in conformity with 14 M.R.S.A. § 6111 and/or Note and Mortgage was sent to the Defendants, William R. Bishop and Carol L. Bishop, on January 27, 2026, evidenced by the Certificate of Mailing. *See* Exhibit I.

33. The Defendants, William R. Bishop and Carol L. Bishop, are not in the Military as evidenced by the attached Exhibit J.

34. If any Defendant has received a Bankruptcy Discharge of this Debt, the Court should enter an Order finding that this action does not seek any personal liability on the part of that Defendant, but only seeks *in rem* judgment against the property.

## COUNT II – BREACH OF NOTE

35. The Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1, repeats and re-alleges paragraphs 1 through 34 as if fully set forth herein.

36. On July 18, 2003, the Defendants, William R. Bishop and Carol L. Bishop, executed under seal and delivered to Back Bay Inc. D.B.A. Mortgage Approval Services a certain Note in the amount of $120,000.00.  *See* Exhibit B.

37. The Defendants, William R. Bishop and Carol L. Bishop, are in default for failure to properly tender the July 1, 2024, payment and all subsequent payments.  *See* Exhibit I.

38. The Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1, is the proper holder of the Note and is entitled to enforce the terms and conditions of the Note due to its breach by the Defendants, William R. Bishop and Carol L. Bishop.

39. The Defendants, William R. Bishop and Carol L. Bishop, having failed to comply with the terms of the Note and Mortgage, are in breach of both the Note and the Mortgage.

40. The Defendants, William R. Bishop and Carol L. Bishop's, breach is knowing, willful, and continuing.

41. The Defendants, William R. Bishop and Carol L. Bishop's, breach has caused Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1, to suffer actual damages, including, but not limited to money lent, interest, expectancy damages, as well as attorney's fees and costs.

42. The total debt owed under the Note and Mortgage as of March 5, 2026, if no payments are made, is Ninety-Eight Thousand One Hundred Eighty-Five and 44/100 ($98,185.44) Dollars.

43. Injustice can only be avoided by awarding damages for the total amount owed under the Note including interest, plus costs and expenses, including attorney fees.

44. If any Defendant has received a Bankruptcy Discharge of this Debt, the Court should enter an Order finding that this action does not seek any personal liability on the part of that Defendant, but only seeks *in rem* judgment against the property.

## COUNT III – BREACH OF CONTRACT, MONEY HAD AND RECEIVED

45. The Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1, repeats and re-alleges paragraphs 1 through 44 as if fully set forth herein.

46. By executing, under seal, and delivering the Note, the Defendants, William R. Bishop and Carol L. Bishop, entered into a written contract with Back Bay Inc. D.B.A. Mortgage Approval Services who agreed to loan the amount of $120,000.00 to the Defendants.  *See* Exhibit B.

47. As part of this contract and transaction, the Defendants, William R. Bishop and Carol L. Bishop, executed the Mortgage to secure the Note and the subject property.  *See* Exhibit C.

48. The Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1, is the proper holder of the Note and successor-in-interest to Back Bay Inc. D.B.A. Mortgage Approval Services, and has performed its obligations under the Note and Mortgage.

49. The Defendants, William R. Bishop and Carol L. Bishop, breached the terms of the Note and Mortgage by failing to properly tender the July 1, 2024, payment and all subsequent payments. *See* Exhibit I.

50. The Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1, is the proper holder of the Note, and is entitled to enforce the terms and conditions of the Note due to its breach by the Defendants, William R. Bishop and Carol L. Bishop.

51. The Defendants, William R. Bishop and Carol L. Bishop, having failed to comply with the terms of the Note and Mortgage, are in breach of contract.

52. The Defendants, William R. Bishop and Carol L. Bishop, are indebted to Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 in the sum of Ninety-Eight Thousand One Hundred Eighty-Five and 44/100 ($98,185.44) Dollars, for money lent by the Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1, to the Defendants.

53. Defendants, William R. Bishop and Carol L. Bishop's, breach is knowing, willful, and continuing.

54. Defendants, William R. Bishop and Carol L. Bishop's, breach has caused Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1, to suffer actual damages, including, but not limited to money lent, interest, expectancy damages, as well as attorney's fees and costs.

55. The total debt owed under the Note and Mortgage as of March 5, 2026, if no payments are made, is Ninety-Eight Thousand One Hundred Eighty-Five and 44/100 ($98,185.44) Dollars.

56. Injustice can only be avoided by awarding damages for the total amount owed under the Note and Mortgage, and for money had and received, including interest, plus costs and expenses, including attorney fees.

57. If any Defendant has received a Bankruptcy Discharge of this Debt, the Court should enter an Order finding that this action does not seek any personal liability on the part of that Defendant but only seeks *in rem* judgment against the property.

## COUNT IV –UNJUST ENRICHMENT

58. The Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1, repeats and re-alleges paragraphs 1 through 57 as if fully set forth herein.

59. Back Bay Inc. D.B.A. Mortgage Approval Services, predecessor-in-interest to Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1, loaned the Defendants, William R. Bishop and Carol L. Bishop, $120,000.00.  *See* Exhibit B.

60. The Defendants, William R. Bishop and Carol L. Bishop, have failed to repay the loan obligation.

61. As a result, the Defendants, William R. Bishop and Carol L. Bishop, have been unjustly enriched to the detriment of the Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 as successor-in-interest to Back Bay Inc. D.B.A. Mortgage Approval

Services by having received the aforesaid benefits and money and not repaying said benefits and money.

62. As such, the Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1, is entitled to relief.

63. If any Defendant has received a Bankruptcy Discharge of this Debt, the Court should enter an Order finding that this action does not seek any personal liability on the part of that Defendant, but only seeks *in rem* judgment against the property.

## PRAYERS FOR RELIEF

WHEREFORE, the Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1, prays this Honorable Court:

a) Issue a judgment of foreclosure and sale in conformity with Title 14 § 6322;

b) Determine the amount due and priority of any Parties-In-Interest that appear in this matter;

c) Grant possession to the Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1, upon the expiration of the period of redemption;

d) Find that the Defendants, William R. Bishop and Carol L. Bishop, are in breach of the Note by failing to make payment due as of July 1, 2024, and all subsequent payments;

e) Find that the Defendants, William R. Bishop and Carol L. Bishop, are in breach of the Mortgage by failing to make payment due as of July 1, 2024, and all subsequent payments;

f) Find that the Defendants, William R. Bishop and Carol L. Bishop, entered into a contract for a sum certain in exchange for a security interest in the subject property;

g) Find that the Defendants, William R. Bishop and Carol L. Bishop, are in breach of contract by failing to comply with the terms and conditions of the Note and Mortgage by failing to make the payment due July 1, 2024, and all subsequent payments;

h) Find that the Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1, is entitled to enforce the terms and conditions of the Note and Mortgage;

i) Find that by virtue of the money retained by the Defendants, William R. Bishop and Carol L. Bishop have been unjustly enriched at the Plaintiff's expense;

j) Find that such unjust enrichment entitles the Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1, to restitution;

k) Find that the Defendants, William R. Bishop and Carol L. Bishop, are liable to the Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1, for money had and received;

l) Find that the Defendants, William R. Bishop and Carol L. Bishop, have appreciated and retained the benefit of the Mortgage and the subject property;

m) Find that it would be inequitable for the Defendants, William R. Bishop and Carol L. Bishop, to continue to appreciate and retain the benefit of the Mortgage, Note and subject property without recompensing the appropriate value;

n) Find that the Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1, is entitled to restitution for this benefit from the Defendants, William R. Bishop and Carol L. Bishop;

o) Determine the amount due on said Mortgage and Note, including principal, interest, reasonable attorney's fees and court costs;

p) Additionally, issue a money judgment against the Defendants, William R. Bishop and Carol L. Bishop, and in favor of the Plaintiff, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1, in the amount of Ninety-Eight Thousand One Hundred Eighty-Five and 44/100 ($98,185.44 Dollars, the total debt owed under the Note plus interest and costs including attorney's fees and costs (If any Defendant has received a Bankruptcy Discharge of this Debt, the Court should enter an Order finding that this action does not seek any personal liability on the part of that Defendant, but only seeks *in rem* judgment against the property);

q) For such other and further relief as this Honorable Court deems just and equitable.

Respectfully Submitted,
Federal Home Loan Mortgage Corporation,
as Trustee for the benefit of the Freddie Mac
Seasoned Loans Structured Transaction
Trust, Series 2019-1,
By its attorneys,

Dated: March 10, 2026

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com
