P.O. Box 23159
San Diego, CA 92193-3159



RETURN RECEIPT
REQUESTED

9214 7969 0024 8400 0000 0586 59

**Mailed On:** 01/27/2026          **Order Number:**      0002399-01   CR
**ClientID:**   DGandL000909       **Reference Number:** 57255

William R. Bishop
7 Clifford Street
Biddeford, ME 04005





EXHIBIT

I



100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

978.921.2670 | WWW.DGANDL.COM
HRS: MON-FRI 9 AM-4 PM

January 27, 2026

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Carol L. Bishop
7 Clifford Street
Biddeford, ME 04005

Carol L. Bishop
7 Clifford Street
Apt 102
Biddeford, ME 04005

Carol L. Bishop
7 Clifford Street
Apt 2
Biddeford, ME 04005

William R. Bishop
7 Clifford Street
Biddeford, ME 04005

William R. Bishop
114 Prospect Street
Apt 8
Biddeford, ME 04005

William R. Bishop
114 Prospect Street
Apt 9
Biddeford, ME 04005

William R. Bishop
7 Clifford Street
Apt 102
Biddeford, ME 04005



**NOTICE OF MORTGAGOR'S RIGHT TO CURE**
**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED**
**WILL BE USED FOR THAT PURPOSE.**

Re:  Property Address:       7 Clifford Street, Biddeford, ME 04005
     Loan Number:

Dear Mortgagor:

This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee.  Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Select Portfolio Servicing, Inc., the Mortgagee, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 and the Owner/Investor, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

Your loan is in default for failure to make payments of principal and interest when due.  This delinquency represents a breach of your Note and Mortgage in favor of Back Bay Inc. D.B.A. Mortgage Approval Services its successors and assigns (if MERs) dated July 18, 2003, and recorded in the York County Registry of Deeds in Book 13224, Page 015 and re-recorded at Book 16823, Page 482. This firm is relying on information provided by the Servicer.  **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| Due Date | Principal | Interest | Taxes | Insurance | Escrow Adj. | Total Due |
|---|---|---|---|---|---|---|
| July 1, 2024 | $197.25 | $252.27 | $250.94 | $283.04 | $0.00 | $983.50 |
| August 1, 2024 | $197.91 | $251.61 | $250.94 | $283.04 | $0.00 | $983.50 |
| September 1, 2024 | $198.57 | $250.95 | $250.94 | $283.04 | $0.00 | $983.50 |
| October 1, 2024 | $199.23 | $250.29 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| November 1, 2024 | $199.89 | $249.63 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| December 1, 2024 | $200.56 | $248.96 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| January 1, 2025 | $201.23 | $248.29 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| February 1, 2025 | $201.90 | $247.62 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| March 1, 2025 | $202.57 | $246.95 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| April 1, 2025 | $203.25 | $246.27 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| May 1, 2025 | $203.92 | $245.60 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| June 1, 2025 | $204.60 | $244.92 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| July 1, 2025 | $205.29 | $244.23 | $307.12 | $253.78 | $80.80 | $1,091.22 |

| | | | | | |
|---|---|---|---|---|---|
| August 1, 2025 | $205.97 | $243.55 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| September 1, 2025 | $206.66 | $242.86 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| October 1, 2025 | $207.35 | $242.17 | $307.12 | $253.78 | $0.00 | $1,010.42 |
| November 1, 2025 | $208.04 | $241.48 | $307.12 | $253.78 | $0.00 | $1,010.42 |
| December 1, 2025 | $208.73 | $240.79 | $307.12 | $253.78 | $0.00 | $1,010.42 |
| January 1, 2026 | $209.43 | $240.09 | $307.12 | $253.78 | $0.00 | $1,010.42 |

| Property Inspec-tions | Amount Due |
|---|---|
| December 18, 2024 | $30.00 |

| Attorney & Foreclosure Fees | Amount Due |
|---|---|
| November 12, 2024 | $860.00 |
| November 19, 2024 | $75.00 |
| September 24, 2025 | $48.00 |

| Total Payment Due | $21,099.82 |
|---|---|

A portion of the amount due is reasonable interest in the amount of $4,678.53.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $21,099.82 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to:
**Select Portfolio Servicing, Inc.**
**Attn: PAYOFF DEPARTMENT**
**PO BOX 65450**
**Salt Lake City, UT 84165**
**Overnight Address:**
**3217 S. Decker Lake Dr.**
**Salt Lake City, UT 84119**

**Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan.  Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale.  If the full amount listed above is paid within 35 days of receipt of this letter any other fees and costs due as of this date will be waived.  To reach a person with authority to modify a mortgage loan, please contact Select Portfolio Servicing, Inc. at (888) 818-6032 to discuss your loan.



Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required.  You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure.  You may discuss available options with the mortgagee, which is Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1, the mortgage servicer, which is Select Portfolio Servicing, Inc. or a counselor approved by the United States Department of Housing and Urban Development.  You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

WARNING: Be cautious when seeking financial assistance, a loan modification or any other agreement to cure or work out the default.  Criminals have been known to pose as legitimate negotiators who work with banks to provide assistance to distressed borrowers, but these criminals may instead take your money and private information without providing any assistance.  You are encouraged to seek help from a housing counselor who works for a housing counseling agency approved by the United States Department of Housing and Urban Development (HUD) or from an attorney licensed to practice in the State of Maine.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached.  The attached list is integrated as if set forth in full.  You may also review this list by visiting the following website: http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact Select Portfolio Servicing, Inc. at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032

**NOTICE OF IMPORTANT RIGHTS**

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period. If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Select Portfolio Servicing, Inc.
Federal Home Loan Mortgage Corporation,
as Trustee for the benefit of the Freddie Mac
Seasoned Loans Structured Transaction Trust,
Series 2019-1

by its attorney

Reneau J. Longoria, Esq.

CB
cc: Client
    Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

57255



## HUD Housing Counseling Agencies located in MAINE

| HUD Agency Name | Phone Toll-Free Fax Number Email Website Agency ID | Address | Languages |
|---|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: N/A<br>W: www.penquis.org<br>A: 81649 | 262 Harlow St<br>Bangor, Maine 04401-4952 | - English |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900<br>T: 877-340-2649<br>F:<br>E: jason.thomas@ceimaine.org<br>W: www.ceimaine.org<br>A: 80985 | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 | - English<br>- Spanish |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347<br>T: 800-339-6516<br>F: 207-553-7778<br>E: ndigeronimo@avestahousing.org<br>W: www.avestahousing.org<br>A: 81144 | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 | - English |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762<br>T:<br>F: 207-490-5026<br>E: meaghan.arzberger@yccac.org<br>W: www.yccac.org<br>A: 81150 | 6 Spruce Street<br>SANFORD, Maine 04073-2917 | - English |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: homequest@community-concepts.org<br>W: https://www.ccimaine.org/<br>A: 81580 | 17 Market Sq<br>South Paris, Maine 04281-1533 | - English |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: housing@kvcap.org<br>W: www.kvcap.org<br>A: 81685 | 101 Water St<br>Waterville, Maine 04901-6339 | |

## National Foreclosure Mitigation Counseling (NFMC) grantees through NeighborWorks America located in MAINE

| Agency Name | Phone Website | Address | Languages |
|---|---|---|---|
| MMI - Auburn | Phone: 800-873-2227<br>Web: | 250 Center St., Ste. 205<br>Auburn, Maine 4210 | - English |
| MMI - Bangor | Phone: 800-308-2227<br>Web: www.moneymanagement.org | 175 Exchange St., Ste. 200<br>Bangor, Maine 4401 | - English |
| Penquis, Inc | Phone: 207-973-3500<br>Web: www.penquis.org | 262 Harlow Street<br>Bangor, Maine 04402 | - English |
| Community Concepts, Inc. | Phone: 207-743-7716<br>Web: www.community-concepts.org | 240 Bates Street<br>Lewiston, Maine 04240 | - English |

| | | | |
|---|---|---|---|
| Avesta Housing Development Corporation | **Phone:** 207-553-7777<br>**Web: www.avestahousing.org** | 307 Cumberland Avenue<br>Portland, Maine 04101 | - English |
| MMI - South Portland | **Phone:** 800-873-2227<br>**Web:** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| MMI - South Portland | **Phone:** 800-308-2227<br>**Web: www.moneymanagement.org** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| Kennebec Valley Community Action Program | **Phone:** 800-542-8227<br>**Web: www.kvcap.org** | 97 Water Street<br>Waterville, Maine 04901 | - English |

https://apps.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=ME&filterSvc=dfc



P.O. Box 23159
San Diego, CA 92193-3159

RETURN RECEIPT
REQUESTED

9214 7969 0024 8400 0000 0586 80

**Mailed On:** 01/27/2026
**ClientID:**   DGandL000909

**Order Number:**      0002399-01   CR
**Reference Number:** 57255

William R. Bishop
7 Clifford Street
Apt 102
Biddeford, ME 04005





100 CUMMINGS CENTER, SUITE 303C                              978.921.2670 | WWW.DGANDL.COM
BEVERLY, MASSACHUSETTS 01915                                HRS: MON-FRI 9 AM-4 PM

January 27, 2026

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Carol L. Bishop
7 Clifford Street
Biddeford, ME 04005

Carol L. Bishop
7 Clifford Street
Apt 102
Biddeford, ME 04005

Carol L. Bishop
7 Clifford Street
Apt 2
Biddeford, ME 04005

William R. Bishop
7 Clifford Street
Biddeford, ME 04005

William R. Bishop
114 Prospect Street
Apt 8
Biddeford, ME 04005

William R. Bishop
114 Prospect Street
Apt 9
Biddeford, ME 04005

William R. Bishop
7 Clifford Street
Apt 102
Biddeford, ME 04005



**NOTICE OF MORTGAGOR'S RIGHT TO CURE**
**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Re:  Property Address:       7 Clifford Street, Biddeford, ME 04005
       Loan Number:

Dear Mortgagor:

This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee.  Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Select Portfolio Servicing, Inc., the Mortgagee, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 and the Owner/Investor, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

Your loan is in default for failure to make payments of principal and interest when due.  This delinquency represents a breach of your Note and Mortgage in favor of Back Bay Inc. D.B.A. Mortgage Approval Services its successors and assigns (if MERs) dated July 18, 2003, and recorded in the York County Registry of Deeds in Book 13224, Page 015 and re-recorded at Book 16823, Page 482. This firm is relying on information provided by the Servicer.  **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| Due Date | Principal | Interest | Taxes | Insurance | Escrow Adj. | Total Due |
|---|---|---|---|---|---|---|
| July 1, 2024 | $197.25 | $252.27 | $250.94 | $283.04 | $0.00 | $983.50 |
| August 1, 2024 | $197.91 | $251.61 | $250.94 | $283.04 | $0.00 | $983.50 |
| September 1, 2024 | $198.57 | $250.95 | $250.94 | $283.04 | $0.00 | $983.50 |
| October 1, 2024 | $199.23 | $250.29 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| November 1, 2024 | $199.89 | $249.63 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| December 1, 2024 | $200.56 | $248.96 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| January 1, 2025 | $201.23 | $248.29 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| February 1, 2025 | $201.90 | $247.62 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| March 1, 2025 | $202.57 | $246.95 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| April 1, 2025 | $203.25 | $246.27 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| May 1, 2025 | $203.92 | $245.60 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| June 1, 2025 | $204.60 | $244.92 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| July 1, 2025 | $205.29 | $244.23 | $307.12 | $253.78 | $80.80 | $1,091.22 |

| | | | | | |
|---|---|---|---|---|---|
| August 1, 2025 | $205.97 | $243.55 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| September 1, 2025 | $206.66 | $242.86 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| October 1, 2025 | $207.35 | $242.17 | $307.12 | $253.78 | $0.00 | $1,010.42 |
| November 1, 2025 | $208.04 | $241.48 | $307.12 | $253.78 | $0.00 | $1,010.42 |
| December 1, 2025 | $208.73 | $240.79 | $307.12 | $253.78 | $0.00 | $1,010.42 |
| January 1, 2026 | $209.43 | $240.09 | $307.12 | $253.78 | $0.00 | $1,010.42 |

| Property Inspections | Amount Due |
|---|---|
| December 18, 2024 | $30.00 |

| Attorney & Foreclosure Fees | Amount Due |
|---|---|
| November 12, 2024 | $860.00 |
| November 19, 2024 | $75.00 |
| September 24, 2025 | $48.00 |

| Total Payment Due | $21,099.82 |
|---|---|

A portion of the amount due is reasonable interest in the amount of $4,678.53.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $21,099.82 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to:
**Select Portfolio Servicing, Inc.**
**Attn: PAYOFF DEPARTMENT**
**PO BOX 65450**
**Salt Lake City, UT 84165**
**Overnight Address:**
**3217 S. Decker Lake Dr.**
**Salt Lake City, UT 84119**

**Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan. Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale. If the full amount listed above is paid within 35 days of receipt of this letter any other fees and costs due as of this date will be waived. To reach a person with authority to modify a mortgage loan, please contact Select Portfolio Servicing, Inc. at (888) 818-6032 to discuss your loan.



Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required.  You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure.  You may discuss available options with the mortgagee, which is Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1, the mortgage servicer, which is Select Portfolio Servicing, Inc. or a counselor approved by the United States Department of Housing and Urban Development.  You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

WARNING: Be cautious when seeking financial assistance, a loan modification or any other agreement to cure or work out the default.  Criminals have been known to pose as legitimate negotiators who work with banks to provide assistance to distressed borrowers, but these criminals may instead take your money and private information without providing any assistance.  You are encouraged to seek help from a housing counselor who works for a housing counseling agency approved by the United States Department of Housing and Urban Development (HUD) or from an attorney licensed to practice in the State of Maine.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full.  You may also review this list by visiting the following website: http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact Select Portfolio Servicing, Inc. at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032

**NOTICE OF IMPORTANT RIGHTS**

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period.  If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Select Portfolio Servicing, Inc.
Federal Home Loan Mortgage Corporation,
as Trustee for the benefit of the Freddie Mac
Seasoned Loans Structured Transaction Trust,
Series 2019-1

by its attorney

Reneau J. Longoria, Esq.

CB
cc:  Client
     Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

57255



**HUD Housing Counseling Agencies located in MAINE**

| HUD Agency Name | Phone Toll-Free Fax Number Email Website Agency ID | Address | Languages |
|---|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: N/A<br>W: www.penquis.org<br>A: 81649 | 262 Harlow St<br>Bangor, Maine 04401-4952 | - English |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900<br>T: 877-340-2649<br>F:<br>E: jason.thomas@ceimaine.org<br>W: www.ceimaine.org<br>A: 80985 | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 | - English<br>- Spanish |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347<br>T: 800-339-6516<br>F: 207-553-7778<br>E: ndigeronimo@avestahousing.org<br>W: www.avestahousing.org<br>A: 81144 | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 | - English |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762<br>T:<br>F: 207-490-5026<br>E: meaghan.arzberger@yccac.org<br>W: www.yccac.org<br>A: 81150 | 6 Spruce Street<br>SANFORD, Maine 04073-2917 | - English |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: homequest@community-concepts.org<br>W: https://www.ccimaine.org/<br>A: 81580 | 17 Market Sq<br>South Paris, Maine 04281-1533 | - English |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: housing@kvcap.org<br>W: www.kvcap.org<br>A: 81685 | 101 Water St<br>Waterville, Maine 04901-6339 | |

**National Foreclosure Mitigation Counseling (NFMC) grantees through NeighborWorks America located in MAINE**

| Agency Name | Phone Website | Address | Languages |
|---|---|---|---|
| MMI - Auburn | Phone: 800-873-2227<br>Web: | 250 Center St., Ste. 205<br>Auburn, Maine 4210 | - English |
| MMI - Bangor | Phone: 800-308-2227<br>Web: www.moneymanagement.org | 175 Exchange St., Ste. 200<br>Bangor, Maine 4401 | - English |
| Penquis, Inc | Phone: 207-973-3500<br>Web: www.penquis.org | 262 Harlow Street<br>Bangor, Maine 04402 | - English |
| Community Concepts, Inc. | Phone: 207-743-7716<br>Web: www.community-concepts.org | 240 Bates Street<br>Lewiston, Maine 04240 | - English |

| Avesta Housing Development Corporation | **Phone:** 207-553-7777 **Web: www.avestahousing.org** | 307 Cumberland Avenue Portland, Maine 04101 | - English |
| MMI - South Portland | **Phone:** 800-873-2227 **Web:** | 111 Wescott Road South Portland, Maine 4106 | - English |
| MMI - South Portland | **Phone:** 800-308-2227 **Web: www.moneymanagement.org** | 111 Wescott Road South Portland, Maine 4106 | - English |
| Kennebec Valley Community Action Program | **Phone:** 800-542-8227 **Web: www.kvcap.org** | 97 Water Street Waterville, Maine 04901 | - English |

https://apps.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=ME&filterSvc=dfc



P.O. Box 23159
San Diego, CA 92193-3159

RETURN RECEIPT
REQUESTED



9214 7969 0024 8400 0000 0586 11

**Mailed On:** 01/27/2026          **Order Number:**      0002399-01   CR
**ClientID:**    DGandL000909      **Reference Number:** 57255

Carol L. Bishop
7 Clifford Street
Apt 2
Biddeford, ME 04005





# Doonan, Graves & Longoria LLC
## ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

978.921.2670 | WWW.DGANDL.COM
HRS: MON-FRI 9 AM-4 PM

January 27, 2026

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Carol L. Bishop
7 Clifford Street
Biddeford, ME 04005

Carol L. Bishop
7 Clifford Street
Apt 102
Biddeford, ME 04005

Carol L. Bishop
7 Clifford Street
Apt 2
Biddeford, ME 04005

William R. Bishop
7 Clifford Street
Biddeford, ME 04005

William R. Bishop
114 Prospect Street
Apt 8
Biddeford, ME 04005

William R. Bishop
114 Prospect Street
Apt 9
Biddeford, ME 04005

William R. Bishop
7 Clifford Street
Apt 102
Biddeford, ME 04005



**NOTICE OF MORTGAGOR'S RIGHT TO CURE**
**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Re:  Property Address:        7 Clifford Street, Biddeford, ME 04005
     Loan Number:

Dear Mortgagor:

This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee.  Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Select Portfolio Servicing, Inc., the Mortgagee, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 and the Owner/Investor, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

Your loan is in default for failure to make payments of principal and interest when due.  This delinquency represents a breach of your Note and Mortgage in favor of Back Bay Inc. D.B.A. Mortgage Approval Services its successors and assigns (if MERs) dated July 18, 2003, and recorded in the York County Registry of Deeds in Book 13224, Page 015 and re-recorded at Book 16823, Page 482. This firm is relying on information provided by the Servicer.  **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| Due Date | Principal | Interest | Taxes | Insurance | Escrow Adj. | Total Due |
|---|---|---|---|---|---|---|
| July 1, 2024 | $197.25 | $252.27 | $250.94 | $283.04 | $0.00 | $983.50 |
| August 1, 2024 | $197.91 | $251.61 | $250.94 | $283.04 | $0.00 | $983.50 |
| September 1, 2024 | $198.57 | $250.95 | $250.94 | $283.04 | $0.00 | $983.50 |
| October 1, 2024 | $199.23 | $250.29 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| November 1, 2024 | $199.89 | $249.63 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| December 1, 2024 | $200.56 | $248.96 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| January 1, 2025 | $201.23 | $248.29 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| February 1, 2025 | $201.90 | $247.62 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| March 1, 2025 | $202.57 | $246.95 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| April 1, 2025 | $203.25 | $246.27 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| May 1, 2025 | $203.92 | $245.60 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| June 1, 2025 | $204.60 | $244.92 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| July 1, 2025 | $205.29 | $244.23 | $307.12 | $253.78 | $80.80 | $1,091.22 |

| | | | | | |
|---|---|---|---|---|---|
| August 1, 2025 | $205.97 | $243.55 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| September 1, 2025 | $206.66 | $242.86 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| October 1, 2025 | $207.35 | $242.17 | $307.12 | $253.78 | $0.00 | $1,010.42 |
| November 1, 2025 | $208.04 | $241.48 | $307.12 | $253.78 | $0.00 | $1,010.42 |
| December 1, 2025 | $208.73 | $240.79 | $307.12 | $253.78 | $0.00 | $1,010.42 |
| January 1, 2026 | $209.43 | $240.09 | $307.12 | $253.78 | $0.00 | $1,010.42 |

| Property Inspections | Amount Due |
|---|---|
| December 18, 2024 | $30.00 |

| Attorney & Foreclosure Fees | Amount Due |
|---|---|
| November 12, 2024 | $860.00 |
| November 19, 2024 | $75.00 |
| September 24, 2025 | $48.00 |

| Total Payment Due | $21,099.82 |
|---|---|

A portion of the amount due is reasonable interest in the amount of $4,678.53.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $21,099.82 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to:
**Select Portfolio Servicing, Inc.**
**Attn: PAYOFF DEPARTMENT**
**PO BOX 65450**
**Salt Lake City, UT 84165**
**Overnight Address:**
**3217 S. Decker Lake Dr.**
**Salt Lake City, UT 84119**

**Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan.  Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale.  If the full amount listed above is paid within 35 days of receipt of this letter any other fees and costs due as of this date will be waived.  To reach a person with authority to modify a mortgage loan, please contact Select Portfolio Servicing, Inc. at (888) 818-6032 to discuss your loan.



Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required.  You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure.  You may discuss available options with the mortgagee, which is Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1, the mortgage servicer, which is Select Portfolio Servicing, Inc. or a counselor approved by the United States Department of Housing and Urban Development.  You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

WARNING: Be cautious when seeking financial assistance, a loan modification or any other agreement to cure or work out the default.  Criminals have been known to pose as legitimate negotiators who work with banks to provide assistance to distressed borrowers, but these criminals may instead take your money and private information without providing any assistance.  You are encouraged to seek help from a housing counselor who works for a housing counseling agency approved by the United States Department of Housing and Urban Development (HUD) or from an attorney licensed to practice in the State of Maine.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full.  You may also review this list by visiting the following website: http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact Select Portfolio Servicing, Inc. at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032

**NOTICE OF IMPORTANT RIGHTS**

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period.  If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Select Portfolio Servicing, Inc.
Federal Home Loan Mortgage Corporation,
as Trustee for the benefit of the Freddie Mac
Seasoned Loans Structured Transaction Trust,
Series 2019-1

by its attorney

Reneau J. Longoria, Esq.

CB
cc:  Client
     Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

57255



**HUD Housing Counseling Agencies located in MAINE**

| HUD Agency Name | Phone Toll-Free Fax Number Email Website Agency ID | Address | Languages |
|---|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500 T: F: E: N/A W: www.penquis.org A: 81649 | 262 Harlow St Bangor, Maine 04401-4952 | - English |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900 T: 877-340-2649 F: E: jason.thomas@ceimaine.org W: www.ceimaine.org A: 80985 | 30 Federal Street Suite 100 BRUNSWICK, Maine 04011-1510 | - English - Spanish |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347 T: 800-339-6516 F: 207-553-7778 E: ndigeronimo@avestahousing.org W: www.avestahousing.org A: 81144 | 307 Cumberland Avenue PORTLAND, Maine 04101-4920 | - English |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762 T: F: 207-490-5026 E: meaghan.arzberger@yccac.org W: www.yccac.org A: 81150 | 6 Spruce Street SANFORD, Maine 04073-2917 | - English |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419 T: 800-866-5588 F: 207-795-4069 E: homequest@community-concepts.org W: https://www.ccimaine.org/ A: 81580 | 17 Market Sq South Paris, Maine 04281-1533 | - English |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500 T: 800-542-8227 F: E: housing@kvcap.org W: www.kvcap.org A: 81685 | 101 Water St Waterville, Maine 04901-6339 | |

**National Foreclosure Mitigation Counseling (NFMC) grantees through NeighborWorks America located in MAINE**

| Agency Name | Phone Website | Address | Languages |
|---|---|---|---|
| MMI - Auburn | Phone: 800-873-2227 Web: | 250 Center St., Ste. 205 Auburn, Maine 4210 | - English |
| MMI - Bangor | Phone: 800-308-2227 Web: www.moneymanagement.org | 175 Exchange St., Ste. 200 Bangor, Maine 4401 | - English |
| Penquis, Inc | Phone: 207-973-3500 Web: www.penquis.org | 262 Harlow Street Bangor, Maine 04402 | - English |
| Community Concepts, Inc. | Phone: 207-743-7716 Web: www.community-concepts.org | 240 Bates Street Lewiston, Maine 04240 | - English |

| Avesta Housing Development Corporation | **Phone:** 207-553-7777<br>**Web: www.avestahousing.org** | 307 Cumberland Avenue<br>Portland, Maine 04101 | - English |
| MMI - South Portland | **Phone:** 800-873-2227<br>**Web:** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| MMI - South Portland | **Phone:** 800-308-2227<br>**Web: www.moneymanagement.org** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| Kennebec Valley Community Action Program | **Phone:** 800-542-8227<br>**Web: www.kvcap.org** | 97 Water Street<br>Waterville, Maine 04901 | - English |

https://apps.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=ME&filterSvc=dfc



**5**

P.O. Box 23159
San Diego, CA 92193-3159

RETURN RECEIPT
REQUESTED



9214 7969 0024 8400 0000 0585 74

**Mailed On:** 01/27/2026         **Order Number:**       0002399-01    CR
**ClientID:**    DGandL000909      **Reference Number:** 57255

Carol L. Bishop
7 Clifford Street
Apt 102
Biddeford, ME 04005





**Doonan, Graves & Longoria** LLC
ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C                    978.921.2670 | WWW.DGANDL.COM
BEVERLY, MASSACHUSETTS 01915                        HRS: MON-FRI 9 AM-4 PM

January 27, 2026

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Carol L. Bishop
7 Clifford Street
Biddeford, ME 04005

Carol L. Bishop
7 Clifford Street
Apt 102
Biddeford, ME 04005

Carol L. Bishop
7 Clifford Street
Apt 2
Biddeford, ME 04005

William R. Bishop
7 Clifford Street
Biddeford, ME 04005

William R. Bishop
114 Prospect Street
Apt 8
Biddeford, ME 04005

William R. Bishop
114 Prospect Street
Apt 9
Biddeford, ME 04005

William R. Bishop
7 Clifford Street
Apt 102
Biddeford, ME 04005



**NOTICE OF MORTGAGOR'S RIGHT TO CURE**
**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Re:  Property Address:      7 Clifford Street, Biddeford, ME 04005
     Loan Number:

Dear Mortgagor:

This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee.  Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Select Portfolio Servicing, Inc., the Mortgagee, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 and the Owner/Investor, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

Your loan is in default for failure to make payments of principal and interest when due.  This delinquency represents a breach of your Note and Mortgage in favor of Back Bay Inc. D.B.A. Mortgage Approval Services its successors and assigns (if MERs) dated July 18, 2003, and recorded in the York County Registry of Deeds in Book 13224, Page 015 and re-recorded at Book 16823, Page 482. This firm is relying on information provided by the Servicer.  **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| Due Date | Principal | Interest | Taxes | Insurance | Escrow Adj. | Total Due |
|---|---|---|---|---|---|---|
| July 1, 2024 | $197.25 | $252.27 | $250.94 | $283.04 | $0.00 | $983.50 |
| August 1, 2024 | $197.91 | $251.61 | $250.94 | $283.04 | $0.00 | $983.50 |
| September 1, 2024 | $198.57 | $250.95 | $250.94 | $283.04 | $0.00 | $983.50 |
| October 1, 2024 | $199.23 | $250.29 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| November 1, 2024 | $199.89 | $249.63 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| December 1, 2024 | $200.56 | $248.96 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| January 1, 2025 | $201.23 | $248.29 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| February 1, 2025 | $201.90 | $247.62 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| March 1, 2025 | $202.57 | $246.95 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| April 1, 2025 | $203.25 | $246.27 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| May 1, 2025 | $203.92 | $245.60 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| June 1, 2025 | $204.60 | $244.92 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| July 1, 2025 | $205.29 | $244.23 | $307.12 | $253.78 | $80.80 | $1,091.22 |

| | | | | | |
|---|---|---|---|---|---|
| August 1, 2025 | $205.97 | $243.55 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| September 1, 2025 | $206.66 | $242.86 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| October 1, 2025 | $207.35 | $242.17 | $307.12 | $253.78 | $0.00 | $1,010.42 |
| November 1, 2025 | $208.04 | $241.48 | $307.12 | $253.78 | $0.00 | $1,010.42 |
| December 1, 2025 | $208.73 | $240.79 | $307.12 | $253.78 | $0.00 | $1,010.42 |
| January 1, 2026 | $209.43 | $240.09 | $307.12 | $253.78 | $0.00 | $1,010.42 |

| Property Inspections | Amount Due |
|---|---|
| December 18, 2024 | $30.00 |

| Attorney & Foreclosure Fees | Amount Due |
|---|---|
| November 12, 2024 | $860.00 |
| November 19, 2024 | $75.00 |
| September 24, 2025 | $48.00 |

| Total Payment Due | $21,099.82 |
|---|---|

A portion of the amount due is reasonable interest in the amount of $4,678.53.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $21,099.82 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to:
**Select Portfolio Servicing, Inc.**
**Attn: PAYOFF DEPARTMENT**
**PO BOX 65450**
**Salt Lake City, UT 84165**
**Overnight Address:**
**3217 S. Decker Lake Dr.**
**Salt Lake City, UT 84119**

**Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan.  Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale.  If the full amount listed above is paid within 35 days of receipt of this letter any other fees and costs due as of this date will be waived.  To reach a person with authority to modify a mortgage loan, please contact Select Portfolio Servicing, Inc. at (888) 818-6032 to discuss your loan.



Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required.  You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure.  You may discuss available options with the mortgagee, which is Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1, the mortgage servicer, which is Select Portfolio Servicing, Inc. or a counselor approved by the United States Department of Housing and Urban Development.  You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

WARNING: Be cautious when seeking financial assistance, a loan modification or any other agreement to cure or work out the default.  Criminals have been known to pose as legitimate negotiators who work with banks to provide assistance to distressed borrowers, but these criminals may instead take your money and private information without providing any assistance.  You are encouraged to seek help from a housing counselor who works for a housing counseling agency approved by the United States Department of Housing and Urban Development (HUD) or from an attorney licensed to practice in the State of Maine.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full.  You may also review this list by visiting the following website: http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact Select Portfolio Servicing, Inc. at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032

**NOTICE OF IMPORTANT RIGHTS**

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period.  If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Select Portfolio Servicing, Inc.
Federal Home Loan Mortgage Corporation,
as Trustee for the benefit of the Freddie Mac
Seasoned Loans Structured Transaction Trust,
Series 2019-1

by its attorney

Reneau J. Longoria, Esq.

CB
cc:  Client
     Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

57255



## HUD Housing Counseling Agencies located in MAINE

| HUD Agency Name | Phone<br>Toll-Free<br>Fax Number<br>Email<br>Website<br>Agency ID | Address | Languages |
|---|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: N/A<br>W: www.penquis.org<br>A: 81649 | 262 Harlow St<br>Bangor, Maine 04401-4952 | - English |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900<br>T: 877-340-2649<br>F:<br>E: jason.thomas@ceimaine.org<br>W: www.ceimaine.org<br>A: 80985 | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 | - English<br>- Spanish |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347<br>T: 800-339-6516<br>F: 207-553-7778<br>E: ndigeronimo@avestahousing.org<br>W: www.avestahousing.org<br>A: 81144 | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 | - English |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762<br>T:<br>F: 207-490-5026<br>E: meaghan.arzberger@yccac.org<br>W: www.yccac.org<br>A: 81150 | 6 Spruce Street<br>SANFORD, Maine 04073-2917 | - English |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: homequest@community-concepts.org<br>W: https://www.ccimaine.org/<br>A: 81580 | 17 Market Sq<br>South Paris, Maine 04281-1533 | - English |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: housing@kvcap.org<br>W: www.kvcap.org<br>A: 81685 | 101 Water St<br>Waterville, Maine 04901-6339 | |

## National Foreclosure Mitigation Counseling (NFMC) grantees through NeighborWorks America located in MAINE

| Agency Name | Phone<br>Website | Address | Languages |
|---|---|---|---|
| MMI - Auburn | Phone: 800-873-2227<br>Web: | 250 Center St., Ste. 205<br>Auburn, Maine 4210 | - English |
| MMI - Bangor | Phone: 800-308-2227<br>Web: www.moneymanagement.org | 175 Exchange St., Ste. 200<br>Bangor, Maine 4401 | - English |
| Penquis, Inc | Phone: 207-973-3500<br>Web: www.penquis.org | 262 Harlow Street<br>Bangor, Maine 04402 | - English |
| Community Concepts, Inc. | Phone: 207-743-7716<br>Web: www.community-concepts.org | 240 Bates Street<br>Lewiston, Maine 04240 | - English |

| Avesta Housing Development Corporation | **Phone:** 207-553-7777<br>**Web: www.avestahousing.org** | 307 Cumberland Avenue<br>Portland, Maine 04101 | - English |
|---|---|---|---|
| MMI - South Portland | **Phone:** 800-873-2227<br>**Web:** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| MMI - South Portland | **Phone:** 800-308-2227<br>**Web: www.moneymanagement.org** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| Kennebec Valley Community Action Program | **Phone:** 800-542-8227<br>**Web: www.kvcap.org** | 97 Water Street<br>Waterville, Maine 04901 | - English |

https://apps.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=ME&filterSvc=dfc



P.O. Box 23159
San Diego, CA 92193-3159

IMPORTANT INFORMATION
ENCLOSED



(11) 970 0000 2180 1444 0

**Mailed On:** 01/27/2026          **Order Number:**      0002399-01    FC
**ClientID:**    DGandL000909      **Reference Number:** 57255

William R. Bishop
114 Prospect Street
Apt 9
Biddeford, ME 04005





# Doonan, Graves & Longoria LLC
## ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

978.921.2670 | WWW.DGANDL.COM
HRS: MON-FRI 9 AM-4 PM

January 27, 2026

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Carol L. Bishop
7 Clifford Street
Biddeford, ME 04005

Carol L. Bishop
7 Clifford Street
Apt 102
Biddeford, ME 04005

Carol L. Bishop
7 Clifford Street
Apt 2
Biddeford, ME 04005

William R. Bishop
7 Clifford Street
Biddeford, ME 04005

William R. Bishop
114 Prospect Street
Apt 8
Biddeford, ME 04005

William R. Bishop
114 Prospect Street
Apt 9
Biddeford, ME 04005

William R. Bishop
7 Clifford Street
Apt 102
Biddeford, ME 04005



**NOTICE OF MORTGAGOR'S RIGHT TO CURE**
**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED**
**WILL BE USED FOR THAT PURPOSE.**

Re:  Property Address:      7 Clifford Street, Biddeford, ME 04005
Loan Number:

Dear Mortgagor:

This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee.  Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Select Portfolio Servicing, Inc., the Mortgagee, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 and the Owner/Investor, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

Your loan is in default for failure to make payments of principal and interest when due.  This delinquency represents a breach of your Note and Mortgage in favor of Back Bay Inc. D.B.A. Mortgage Approval Services its successors and assigns (if MERs) dated July 18, 2003, and recorded in the York County Registry of Deeds in Book 13224, Page 015 and re-recorded at Book 16823, Page 482. This firm is relying on information provided by the Servicer.  **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| Due Date | Principal | Interest | Taxes | Insurance | Escrow Adj. | Total Due |
|---|---|---|---|---|---|---|
| July 1, 2024 | $197.25 | $252.27 | $250.94 | $283.04 | $0.00 | $983.50 |
| August 1, 2024 | $197.91 | $251.61 | $250.94 | $283.04 | $0.00 | $983.50 |
| September 1, 2024 | $198.57 | $250.95 | $250.94 | $283.04 | $0.00 | $983.50 |
| October 1, 2024 | $199.23 | $250.29 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| November 1, 2024 | $199.89 | $249.63 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| December 1, 2024 | $200.56 | $248.96 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| January 1, 2025 | $201.23 | $248.29 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| February 1, 2025 | $201.90 | $247.62 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| March 1, 2025 | $202.57 | $246.95 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| April 1, 2025 | $203.25 | $246.27 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| May 1, 2025 | $203.92 | $245.60 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| June 1, 2025 | $204.60 | $244.92 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| July 1, 2025 | $205.29 | $244.23 | $307.12 | $253.78 | $80.80 | $1,091.22 |

| August 1, 2025 | $205.97 | $243.55 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| September 1, 2025 | $206.66 | $242.86 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| October 1, 2025 | $207.35 | $242.17 | $307.12 | $253.78 | $0.00 | $1,010.42 |
| November 1, 2025 | $208.04 | $241.48 | $307.12 | $253.78 | $0.00 | $1,010.42 |
| December 1, 2025 | $208.73 | $240.79 | $307.12 | $253.78 | $0.00 | $1,010.42 |
| January 1, 2026 | $209.43 | $240.09 | $307.12 | $253.78 | $0.00 | $1,010.42 |

| Property Inspections | Amount Due |
| --- | --- |
| December 18, 2024 | $30.00 |

| Attorney & Foreclosure Fees | Amount Due |
| --- | --- |
| November 12, 2024 | $860.00 |
| November 19, 2024 | $75.00 |
| September 24, 2025 | $48.00 |

| **Total Payment Due** | $21,099.82 |
| --- | --- |

A portion of the amount due is reasonable interest in the amount of $4,678.53.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $21,099.82 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to:
**Select Portfolio Servicing, Inc.**
**Attn: PAYOFF DEPARTMENT**
**PO BOX 65450**
**Salt Lake City, UT 84165**
**Overnight Address:**
**3217 S. Decker Lake Dr.**
**Salt Lake City, UT 84119**

**Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan.  Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale.  If the full amount listed above is paid within 35 days of receipt of this letter any other fees and costs due as of this date will be waived.  To reach a person with authority to modify a mortgage loan, please contact Select Portfolio Servicing, Inc. at (888) 818-6032 to discuss your loan.



Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required.  You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure.  You may discuss available options with the mortgagee, which is Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1, the mortgage servicer, which is Select Portfolio Servicing, Inc. or a counselor approved by the United States Department of Housing and Urban Development.  You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

WARNING: Be cautious when seeking financial assistance, a loan modification or any other agreement to cure or work out the default.  Criminals have been known to pose as legitimate negotiators who work with banks to provide assistance to distressed borrowers, but these criminals may instead take your money and private information without providing any assistance.  You are encouraged to seek help from a housing counselor who works for a housing counseling agency approved by the United States Department of Housing and Urban Development (HUD) or from an attorney licensed to practice in the State of Maine.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full.  You may also review this list by visiting the following website:
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact Select Portfolio Servicing, Inc. at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032

**NOTICE OF IMPORTANT RIGHTS**

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period.  If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Select Portfolio Servicing, Inc.
Federal Home Loan Mortgage Corporation,
as Trustee for the benefit of the Freddie Mac
Seasoned Loans Structured Transaction Trust,
Series 2019-1

by its attorney

Reneau J. Longoria, Esq.

CB
cc:  Client
    Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

57255



## HUD Housing Counseling Agencies located in MAINE

| HUD Agency Name | Phone Toll-Free Fax Number Email Website Agency ID | Address | Languages |
|---|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: N/A<br>W: www.penquis.org<br>A: 81649 | 262 Harlow St<br>Bangor, Maine 04401-4952 | - English |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900<br>T: 877-340-2649<br>F:<br>E: jason.thomas@ceimaine.org<br>W: www.ceimaine.org<br>A: 80985 | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 | - English<br>- Spanish |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347<br>T: 800-339-6516<br>F: 207-553-7778<br>E: ndigeronimo@avestahousing.org<br>W: www.avestahousing.org<br>A: 81144 | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 | - English |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762<br>T:<br>F: 207-490-5026<br>E: meaghan.arzberger@yccac.org<br>W: www.yccac.org<br>A: 81150 | 6 Spruce Street<br>SANFORD, Maine 04073-2917 | - English |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: homequest@community-concepts.org<br>W: https://www.ccimaine.org/<br>A: 81580 | 17 Market Sq<br>South Paris, Maine 04281-1533 | - English |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: housing@kvcap.org<br>W: www.kvcap.org<br>A: 81685 | 101 Water St<br>Waterville, Maine 04901-6339 | |

## National Foreclosure Mitigation Counseling (NFMC) grantees through NeighborWorks America located in MAINE

| Agency Name | Phone Website | Address | Languages |
|---|---|---|---|
| MMI - Auburn | Phone: 800-873-2227<br>Web: | 250 Center St., Ste. 205<br>Auburn, Maine 4210 | - English |
| MMI - Bangor | Phone: 800-308-2227<br>Web: www.moneymanagement.org | 175 Exchange St., Ste. 200<br>Bangor, Maine 4401 | - English |
| Penquis, Inc | Phone: 207-973-3500<br>Web: www.penquis.org | 262 Harlow Street<br>Bangor, Maine 04402 | - English |
| Community Concepts, Inc. | Phone: 207-743-7716<br>Web: www.community-concepts.org | 240 Bates Street<br>Lewiston, Maine 04240 | - English |

| Avesta Housing Development Corporation | **Phone:** 207-553-7777<br>**Web: www.avestahousing.org** | 307 Cumberland Avenue<br>Portland, Maine 04101 | - English |
| MMI - South Portland | **Phone:** 800-873-2227<br>**Web:** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| MMI - South Portland | **Phone:** 800-308-2227<br>**Web: www.moneymanagement.org** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| Kennebec Valley Community Action Program | **Phone:** 800-542-8227<br>**Web: www.kvcap.org** | 97 Water Street<br>Waterville, Maine 04901 | - English |

https://apps.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=ME&filterSvc=dfc



P.O. Box 23159
San Diego, CA 92193-3159

IMPORTANT INFORMATION
ENCLOSED



(11) 970 0000 2180 1443 3

**Mailed On:** 01/27/2026          **Order Number:**          0002399-01    FC
**ClientID:**    DGandL000909      **Reference Number:** 57255

William R. Bishop
114 Prospect Street
Apt 8
Biddeford, ME 04005





# Doonan, Graves & Longoria LLC
## ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

978.921.2670 | WWW.DGANDL.COM
HRS: MON-FRI 9 AM-4 PM

January 27, 2026

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Carol L. Bishop
7 Clifford Street
Biddeford, ME 04005

Carol L. Bishop
7 Clifford Street
Apt 102
Biddeford, ME 04005

Carol L. Bishop
7 Clifford Street
Apt 2
Biddeford, ME 04005

William R. Bishop
7 Clifford Street
Biddeford, ME 04005

William R. Bishop
114 Prospect Street
Apt 8
Biddeford, ME 04005

William R. Bishop
114 Prospect Street
Apt 9
Biddeford, ME 04005

William R. Bishop
7 Clifford Street
Apt 102
Biddeford, ME 04005



**NOTICE OF MORTGAGOR'S RIGHT TO CURE**
**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Re:   Property Address:        7 Clifford Street, Biddeford, ME 04005
      Loan Number:

Dear Mortgagor:

This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee.  Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Select Portfolio Servicing, Inc., the Mortgagee, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 and the Owner/Investor, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

Your loan is in default for failure to make payments of principal and interest when due.  This delinquency represents a breach of your Note and Mortgage in favor of Back Bay Inc. D.B.A. Mortgage Approval Services its successors and assigns (if MERs) dated July 18, 2003, and recorded in the York County Registry of Deeds in Book 13224, Page 015 and re-recorded at Book 16823, Page 482. This firm is relying on information provided by the Servicer.  **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| Due Date | Principal | Interest | Taxes | Insurance | Escrow Adj. | Total Due |
|---|---|---|---|---|---|---|
| July 1, 2024 | $197.25 | $252.27 | $250.94 | $283.04 | $0.00 | $983.50 |
| August 1, 2024 | $197.91 | $251.61 | $250.94 | $283.04 | $0.00 | $983.50 |
| September 1, 2024 | $198.57 | $250.95 | $250.94 | $283.04 | $0.00 | $983.50 |
| October 1, 2024 | $199.23 | $250.29 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| November 1, 2024 | $199.89 | $249.63 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| December 1, 2024 | $200.56 | $248.96 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| January 1, 2025 | $201.23 | $248.29 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| February 1, 2025 | $201.90 | $247.62 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| March 1, 2025 | $202.57 | $246.95 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| April 1, 2025 | $203.25 | $246.27 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| May 1, 2025 | $203.92 | $245.60 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| June 1, 2025 | $204.60 | $244.92 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| July 1, 2025 | $205.29 | $244.23 | $307.12 | $253.78 | $80.80 | $1,091.22 |

| August 1, 2025 | $205.97 | $243.55 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| September 1, 2025 | $206.66 | $242.86 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| October 1, 2025 | $207.35 | $242.17 | $307.12 | $253.78 | $0.00 | $1,010.42 |
| November 1, 2025 | $208.04 | $241.48 | $307.12 | $253.78 | $0.00 | $1,010.42 |
| December 1, 2025 | $208.73 | $240.79 | $307.12 | $253.78 | $0.00 | $1,010.42 |
| January 1, 2026 | $209.43 | $240.09 | $307.12 | $253.78 | $0.00 | $1,010.42 |

| Property Inspections | Amount Due |
| --- | --- |
| December 18, 2024 | $30.00 |

| Attorney & Foreclosure Fees | Amount Due |
| --- | --- |
| November 12, 2024 | $860.00 |
| November 19, 2024 | $75.00 |
| September 24, 2025 | $48.00 |

| Total Payment Due | $21,099.82 |
| --- | --- |

A portion of the amount due is reasonable interest in the amount of $4,678.53.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $21,099.82 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to:
**Select Portfolio Servicing, Inc.**
**Attn: PAYOFF DEPARTMENT**
**PO BOX 65450**
**Salt Lake City, UT 84165**
**Overnight Address:**
**3217 S. Decker Lake Dr.**
**Salt Lake City, UT 84119**

**Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan. Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale. If the full amount listed above is paid within 35 days of receipt of this letter any other fees and costs due as of this date will be waived. To reach a person with authority to modify a mortgage loan, please contact Select Portfolio Servicing, Inc. at (888) 818-6032 to discuss your loan.



Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required.  You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure.  You may discuss available options with the mortgagee, which is Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1, the mortgage servicer, which is Select Portfolio Servicing, Inc. or a counselor approved by the United States Department of Housing and Urban Development.  You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

WARNING: Be cautious when seeking financial assistance, a loan modification or any other agreement to cure or work out the default.  Criminals have been known to pose as legitimate negotiators who work with banks to provide assistance to distressed borrowers, but these criminals may instead take your money and private information without providing any assistance.  You are encouraged to seek help from a housing counselor who works for a housing counseling agency approved by the United States Department of Housing and Urban Development (HUD) or from an attorney licensed to practice in the State of Maine.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full.  You may also review this list by visiting the following website: http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact Select Portfolio Servicing, Inc. at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032

**NOTICE OF IMPORTANT RIGHTS**

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period.  If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Select Portfolio Servicing, Inc.
Federal Home Loan Mortgage Corporation,
as Trustee for the benefit of the Freddie Mac
Seasoned Loans Structured Transaction Trust,
Series 2019-1

by its attorney

Reneau J. Longoria, Esq.

CB
cc:  Client
     Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

57255



**HUD Housing Counseling Agencies located in MAINE**

| HUD Agency Name | Phone Toll-Free Fax Number Email Website Agency ID | Address | Languages |
|---|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: N/A<br>W: www.penquis.org<br>A: 81649 | 262 Harlow St<br>Bangor, Maine 04401-4952 | - English |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900<br>T: 877-340-2649<br>F:<br>E: jason.thomas@ceimaine.org<br>W: www.ceimaine.org<br>A: 80985 | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 | - English<br>- Spanish |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347<br>T: 800-339-6516<br>F: 207-553-7778<br>E: ndigeronimo@avestahousing.org<br>W: www.avestahousing.org<br>A: 81144 | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 | - English |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762<br>T:<br>F: 207-490-5026<br>E: meaghan.arzberger@yccac.org<br>W: www.yccac.org<br>A: 81150 | 6 Spruce Street<br>SANFORD, Maine 04073-2917 | - English |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: homequest@community-concepts.org<br>W: https://www.ccimaine.org/<br>A: 81580 | 17 Market Sq<br>South Paris, Maine 04281-1533 | - English |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: housing@kvcap.org<br>W: www.kvcap.org<br>A: 81685 | 101 Water St<br>Waterville, Maine 04901-6339 | |

**National Foreclosure Mitigation Counseling (NFMC) grantees through NeighborWorks America located in MAINE**

| Agency Name | Phone Website | Address | Languages |
|---|---|---|---|
| MMI - Auburn | Phone: 800-873-2227<br>Web: | 250 Center St., Ste. 205<br>Auburn, Maine 4210 | - English |
| MMI - Bangor | Phone: 800-308-2227<br>Web: www.moneymanagement.org | 175 Exchange St., Ste. 200<br>Bangor, Maine 4401 | - English |
| Penquis, Inc | Phone: 207-973-3500<br>Web: www.penquis.org | 262 Harlow Street<br>Bangor, Maine 04402 | - English |
| Community Concepts, Inc. | Phone: 207-743-7716<br>Web: www.community-concepts.org | 240 Bates Street<br>Lewiston, Maine 04240 | - English |

| Avesta Housing Development Corporation | **Phone:** 207-553-7777<br>**Web: www.avestahousing.org** | 307 Cumberland Avenue<br>Portland, Maine 04101 | - English |
|---|---|---|---|
| MMI - South Portland | **Phone:** 800-873-2227<br>**Web:** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| MMI - South Portland | **Phone:** 800-308-2227<br>**Web: www.moneymanagement.org** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| Kennebec Valley Community Action Program | **Phone:** 800-542-8227<br>**Web: www.kvcap.org** | 97 Water Street<br>Waterville, Maine 04901 | - English |

https://apps.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=ME&filterSvc=dfc



P.O. Box 23159
San Diego, CA 92193-3159



9214 7969 0024 8400 0000 0585 36

RETURN RECEIPT
REQUESTED

**Mailed On:** 01/27/2026
**ClientID:**   DGandL000909

**Order Number:**      0002399-01    CR
**Reference Number:** 57255

Carol L. Bishop
7 Clifford Street
Biddeford, ME 04005





100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

978.921.2670 | WWW.DGANDL.COM
HRS: MON-FRI 9 AM-4 PM

January 27, 2026

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Carol L. Bishop
7 Clifford Street
Biddeford, ME 04005

Carol L. Bishop
7 Clifford Street
Apt 102
Biddeford, ME 04005

Carol L. Bishop
7 Clifford Street
Apt 2
Biddeford, ME 04005

William R. Bishop
7 Clifford Street
Biddeford, ME 04005

William R. Bishop
114 Prospect Street
Apt 8
Biddeford, ME 04005

William R. Bishop
114 Prospect Street
Apt 9
Biddeford, ME 04005

William R. Bishop
7 Clifford Street
Apt 102
Biddeford, ME 04005



**NOTICE OF MORTGAGOR'S RIGHT TO CURE**
**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Re:  Property Address:    7 Clifford Street, Biddeford, ME 04005
     Loan Number:

Dear Mortgagor:

This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee.  Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Select Portfolio Servicing, Inc., the Mortgagee, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 and the Owner/Investor, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

Your loan is in default for failure to make payments of principal and interest when due.  This delinquency represents a breach of your Note and Mortgage in favor of Back Bay Inc. D.B.A. Mortgage Approval Services its successors and assigns (if MERs) dated July 18, 2003, and recorded in the York County Registry of Deeds in Book 13224, Page 015 and re-recorded at Book 16823, Page 482. This firm is relying on information provided by the Servicer.  **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| Due Date | Principal | Interest | Taxes | Insurance | Escrow Adj. | Total Due |
|---|---|---|---|---|---|---|
| July 1, 2024 | $197.25 | $252.27 | $250.94 | $283.04 | $0.00 | $983.50 |
| August 1, 2024 | $197.91 | $251.61 | $250.94 | $283.04 | $0.00 | $983.50 |
| September 1, 2024 | $198.57 | $250.95 | $250.94 | $283.04 | $0.00 | $983.50 |
| October 1, 2024 | $199.23 | $250.29 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| November 1, 2024 | $199.89 | $249.63 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| December 1, 2024 | $200.56 | $248.96 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| January 1, 2025 | $201.23 | $248.29 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| February 1, 2025 | $201.90 | $247.62 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| March 1, 2025 | $202.57 | $246.95 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| April 1, 2025 | $203.25 | $246.27 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| May 1, 2025 | $203.92 | $245.60 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| June 1, 2025 | $204.60 | $244.92 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| July 1, 2025 | $205.29 | $244.23 | $307.12 | $253.78 | $80.80 | $1,091.22 |

| | | | | | |
|---|---|---|---|---|---|
| August 1, 2025 | $205.97 | $243.55 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| September 1, 2025 | $206.66 | $242.86 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| October 1, 2025 | $207.35 | $242.17 | $307.12 | $253.78 | $0.00 | $1,010.42 |
| November 1, 2025 | $208.04 | $241.48 | $307.12 | $253.78 | $0.00 | $1,010.42 |
| December 1, 2025 | $208.73 | $240.79 | $307.12 | $253.78 | $0.00 | $1,010.42 |
| January 1, 2026 | $209.43 | $240.09 | $307.12 | $253.78 | $0.00 | $1,010.42 |

| Property Inspections | Amount Due |
|---|---|
| December 18, 2024 | $30.00 |

| Attorney & Foreclosure Fees | Amount Due |
|---|---|
| November 12, 2024 | $860.00 |
| November 19, 2024 | $75.00 |
| September 24, 2025 | $48.00 |

| Total Payment Due | $21,099.82 |
|---|---|

A portion of the amount due is reasonable interest in the amount of $4,678.53.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $21,099.82 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to:
**Select Portfolio Servicing, Inc.**
**Attn: PAYOFF DEPARTMENT**
**PO BOX 65450**
**Salt Lake City, UT 84165**
**Overnight Address:**
**3217 S. Decker Lake Dr.**
**Salt Lake City, UT 84119**

**Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan.  Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale.  If the full amount listed above is paid within 35 days of receipt of this letter any other fees and costs due as of this date will be waived.  To reach a person with authority to modify a mortgage loan, please contact Select Portfolio Servicing, Inc. at (888) 818-6032 to discuss your loan.



Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required.  You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure.  You may discuss available options with the mortgagee, which is Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1, the mortgage servicer, which is Select Portfolio Servicing, Inc. or a counselor approved by the United States Department of Housing and Urban Development.  You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

WARNING: Be cautious when seeking financial assistance, a loan modification or any other agreement to cure or work out the default.  Criminals have been known to pose as legitimate negotiators who work with banks to provide assistance to distressed borrowers, but these criminals may instead take your money and private information without providing any assistance.  You are encouraged to seek help from a housing counselor who works for a housing counseling agency approved by the United States Department of Housing and Urban Development (HUD) or from an attorney licensed to practice in the State of Maine.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full.  You may also review this list by visiting the following website: http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact Select Portfolio Servicing, Inc. at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032

**NOTICE OF IMPORTANT RIGHTS**

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period.  If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Select Portfolio Servicing, Inc.
Federal Home Loan Mortgage Corporation,
as Trustee for the benefit of the Freddie Mac
Seasoned Loans Structured Transaction Trust,
Series 2019-1

by its attorney

Reneau J. Longoria, Esq.

CB
cc:  Client
     Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

57255



**HUD Housing Counseling Agencies located in MAINE**

| HUD Agency Name | Phone Toll-Free Fax Number Email Website Agency ID | Address | Languages |
|---|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: N/A<br>W: www.penquis.org<br>A: 81649 | 262 Harlow St<br>Bangor, Maine 04401-4952 | - English |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900<br>T: 877-340-2649<br>F:<br>E: jason.thomas@ceimaine.org<br>W: www.ceimaine.org<br>A: 80985 | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 | - English<br>- Spanish |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347<br>T: 800-339-6516<br>F: 207-553-7778<br>E: ndigeronimo@avestahousing.org<br>W: www.avestahousing.org<br>A: 81144 | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 | - English |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762<br>T:<br>F: 207-490-5026<br>E: meaghan.arzberger@yccac.org<br>W: www.yccac.org<br>A: 81150 | 6 Spruce Street<br>SANFORD, Maine 04073-2917 | - English |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: homequest@community-concepts.org<br>W: https://www.ccimaine.org/<br>A: 81580 | 17 Market Sq<br>South Paris, Maine 04281-1533 | - English |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: housing@kvcap.org<br>W: www.kvcap.org<br>A: 81685 | 101 Water St<br>Waterville, Maine 04901-6339 | |

**National Foreclosure Mitigation Counseling (NFMC) grantees through NeighborWorks America located in MAINE**

| Agency Name | Phone Website | Address | Languages |
|---|---|---|---|
| MMI - Auburn | Phone: 800-873-2227<br>Web: | 250 Center St., Ste. 205<br>Auburn, Maine 4210 | - English |
| MMI - Bangor | Phone: 800-308-2227<br>Web: www.moneymanagement.org | 175 Exchange St., Ste. 200<br>Bangor, Maine 4401 | - English |
| Penquis, Inc | Phone: 207-973-3500<br>Web: www.penquis.org | 262 Harlow Street<br>Bangor, Maine 04402 | - English |
| Community Concepts, Inc. | Phone: 207-743-7716<br>Web: www.community-concepts.org | 240 Bates Street<br>Lewiston, Maine 04240 | - English |

| | | | |
|---|---|---|---|
| Avesta Housing Development Corporation | **Phone:** 207-553-7777 <br> **Web: www.avestahousing.org** | 307 Cumberland Avenue <br> Portland, Maine 04101 | - English |
| MMI - South Portland | **Phone:** 800-873-2227 <br> **Web:** | 111 Wescott Road <br> South Portland, Maine 4106 | - English |
| MMI - South Portland | **Phone:** 800-308-2227 <br> **Web: www.moneymanagement.org** | 111 Wescott Road <br> South Portland, Maine 4106 | - English |
| Kennebec Valley Community Action Program | **Phone:** 800-542-8227 <br> **Web: www.kvcap.org** | 97 Water Street <br> Waterville, Maine 04901 | - English |

https://apps.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=ME&filterSvc=dfc



P.O. Box 23159
San Diego, CA 92193-3159

IMPORTANT INFORMATION
ENCLOSED



(11) 970 0000 2180 1438 9

**Mailed On:** 01/27/2026          **Order Number:**       0002399-01    FC
**ClientID:**    DGandL000909       **Reference Number:** 57255

Carol L. Bishop
7 Clifford Street
Apt 102
Biddeford, ME 04005





## Doonan, Graves & Longoria LLC
### ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C                    978.921.2670 | WWW.DGANDL.COM
BEVERLY, MASSACHUSETTS 01915                        HRS: MON-FRI 9 AM-4 PM

January 27, 2026

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Carol L. Bishop
7 Clifford Street
Biddeford, ME 04005

Carol L. Bishop
7 Clifford Street
Apt 102
Biddeford, ME 04005

Carol L. Bishop
7 Clifford Street
Apt 2
Biddeford, ME 04005

William R. Bishop
7 Clifford Street
Biddeford, ME 04005

William R. Bishop
114 Prospect Street
Apt 8
Biddeford, ME 04005

William R. Bishop
114 Prospect Street
Apt 9
Biddeford, ME 04005

William R. Bishop
7 Clifford Street
Apt 102
Biddeford, ME 04005



**NOTICE OF MORTGAGOR'S RIGHT TO CURE**
**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Re:   Property Address:        7 Clifford Street, Biddeford, ME 04005
      Loan Number:

Dear Mortgagor:

This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee.  Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Select Portfolio Servicing, Inc., the Mortgagee, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 and the Owner/Investor, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

Your loan is in default for failure to make payments of principal and interest when due.  This delinquency represents a breach of your Note and Mortgage in favor of Back Bay Inc. D.B.A. Mortgage Approval Services its successors and assigns (if MERs) dated July 18, 2003, and recorded in the York County Registry of Deeds in Book 13224, Page 015 and re-recorded at Book 16823, Page 482. This firm is relying on information provided by the Servicer.  **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| Due Date | Principal | Interest | Taxes | Insurance | Escrow Adj. | Total Due |
|---|---|---|---|---|---|---|
| July 1, 2024 | $197.25 | $252.27 | $250.94 | $283.04 | $0.00 | $983.50 |
| August 1, 2024 | $197.91 | $251.61 | $250.94 | $283.04 | $0.00 | $983.50 |
| September 1, 2024 | $198.57 | $250.95 | $250.94 | $283.04 | $0.00 | $983.50 |
| October 1, 2024 | $199.23 | $250.29 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| November 1, 2024 | $199.89 | $249.63 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| December 1, 2024 | $200.56 | $248.96 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| January 1, 2025 | $201.23 | $248.29 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| February 1, 2025 | $201.90 | $247.62 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| March 1, 2025 | $202.57 | $246.95 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| April 1, 2025 | $203.25 | $246.27 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| May 1, 2025 | $203.92 | $245.60 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| June 1, 2025 | $204.60 | $244.92 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| July 1, 2025 | $205.29 | $244.23 | $307.12 | $253.78 | $80.80 | $1,091.22 |

| | | | | | |
|---|---|---|---|---|---|
| August 1, 2025 | $205.97 | $243.55 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| September 1, 2025 | $206.66 | $242.86 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| October 1, 2025 | $207.35 | $242.17 | $307.12 | $253.78 | $0.00 | $1,010.42 |
| November 1, 2025 | $208.04 | $241.48 | $307.12 | $253.78 | $0.00 | $1,010.42 |
| December 1, 2025 | $208.73 | $240.79 | $307.12 | $253.78 | $0.00 | $1,010.42 |
| January 1, 2026 | $209.43 | $240.09 | $307.12 | $253.78 | $0.00 | $1,010.42 |

| Property Inspections | Amount Due |
|---|---|
| December 18, 2024 | $30.00 |

| Attorney & Foreclosure Fees | Amount Due |
|---|---|
| November 12, 2024 | $860.00 |
| November 19, 2024 | $75.00 |
| September 24, 2025 | $48.00 |

| Total Payment Due | $21,099.82 |
|---|---|

A portion of the amount due is reasonable interest in the amount of $4,678.53.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $21,099.82 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to:
**Select Portfolio Servicing, Inc.**
**Attn: PAYOFF DEPARTMENT**
**PO BOX 65450**
**Salt Lake City, UT 84165**
**Overnight Address:**
**3217 S. Decker Lake Dr.**
**Salt Lake City, UT 84119**

**Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan.  Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale.  If the full amount listed above is paid within 35 days of receipt of this letter any other fees and costs due as of this date will be waived.  To reach a person with authority to modify a mortgage loan, please contact Select Portfolio Servicing, Inc. at (888) 818-6032 to discuss your loan.



Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required.  You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure.  You may discuss available options with the mortgagee, which is Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1, the mortgage servicer, which is Select Portfolio Servicing, Inc. or a counselor approved by the United States Department of Housing and Urban Development.  You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

WARNING: Be cautious when seeking financial assistance, a loan modification or any other agreement to cure or work out the default.  Criminals have been known to pose as legitimate negotiators who work with banks to provide assistance to distressed borrowers, but these criminals may instead take your money and private information without providing any assistance.  You are encouraged to seek help from a housing counselor who works for a housing counseling agency approved by the United States Department of Housing and Urban Development (HUD) or from an attorney licensed to practice in the State of Maine.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full.  You may also review this list by visiting the following website: http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact Select Portfolio Servicing, Inc. at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032

**NOTICE OF IMPORTANT RIGHTS**

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period.  If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Select Portfolio Servicing, Inc.
Federal Home Loan Mortgage Corporation,
as Trustee for the benefit of the Freddie Mac
Seasoned Loans Structured Transaction Trust,
Series 2019-1

by its attorney

Reneau J. Longoria, Esq.

CB
cc:  Client
      Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

57255



## HUD Housing Counseling Agencies located in MAINE

| HUD Agency Name | Phone Toll-Free Fax Number Email Website Agency ID | Address | Languages |
|---|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: N/A<br>W: www.penquis.org<br>A: 81649 | 262 Harlow St<br>Bangor, Maine 04401-4952 | - English |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900<br>T: 877-340-2649<br>F:<br>E: jason.thomas@ceimaine.org<br>W: www.ceimaine.org<br>A: 80985 | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 | - English<br>- Spanish |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347<br>T: 800-339-6516<br>F: 207-553-7778<br>E: ndigeronimo@avestahousing.org<br>W: www.avestahousing.org<br>A: 81144 | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 | - English |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762<br>T:<br>F: 207-490-5026<br>E: meaghan.arzberger@yccac.org<br>W: www.yccac.org<br>A: 81150 | 6 Spruce Street<br>SANFORD, Maine 04073-2917 | - English |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: homequest@community-concepts.org<br>W: https://www.ccimaine.org/<br>A: 81580 | 17 Market Sq<br>South Paris, Maine 04281-1533 | - English |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: housing@kvcap.org<br>W: www.kvcap.org<br>A: 81685 | 101 Water St<br>Waterville, Maine 04901-6339 | |

## National Foreclosure Mitigation Counseling (NFMC) grantees through NeighborWorks America located in MAINE

| Agency Name | Phone Website | Address | Languages |
|---|---|---|---|
| MMI - Auburn | Phone: 800-873-2227<br>Web: | 250 Center St., Ste. 205<br>Auburn, Maine 4210 | - English |
| MMI - Bangor | Phone: 800-308-2227<br>Web: www.moneymanagement.org | 175 Exchange St., Ste. 200<br>Bangor, Maine 4401 | - English |
| Penquis, Inc | Phone: 207-973-3500<br>Web: www.penquis.org | 262 Harlow Street<br>Bangor, Maine 04402 | - English |
| Community Concepts, Inc. | Phone: 207-743-7716<br>Web: www.community-concepts.org | 240 Bates Street<br>Lewiston, Maine 04240 | - English |

| Avesta Housing Development Corporation | **Phone:** 207-553-7777<br>**Web: www.avestahousing.org** | 307 Cumberland Avenue<br>Portland, Maine 04101 | - English |
| MMI - South Portland | **Phone:** 800-873-2227<br>**Web:** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| MMI - South Portland | **Phone:** 800-308-2227<br>**Web: www.moneymanagement.org** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| Kennebec Valley Community Action Program | **Phone:** 800-542-8227<br>**Web: www.kvcap.org** | 97 Water Street<br>Waterville, Maine 04901 | - English |

https://apps.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=ME&filterSvc=dfc



P.O. Box 23159
San Diego, CA 92193-3159

IMPORTANT INFORMATION
ENCLOSED



(11)  970 0000 2180 1442 6

**Mailed On:** 01/27/2026          **Order Number:**      0002399-01   FC
**ClientID:**   DGandL000909       **Reference Number:** 57255

William R. Bishop
7 Clifford Street
Apt 102
Biddeford, ME 04005





100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

978.921.2670 | WWW.DGANDL.COM
HRS: MON-FRI 9 AM-4 PM

January 27, 2026

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Carol L. Bishop
7 Clifford Street
Biddeford, ME 04005

Carol L. Bishop
7 Clifford Street
Apt 102
Biddeford, ME 04005

Carol L. Bishop
7 Clifford Street
Apt 2
Biddeford, ME 04005

William R. Bishop
7 Clifford Street
Biddeford, ME 04005

William R. Bishop
114 Prospect Street
Apt 8
Biddeford, ME 04005

William R. Bishop
114 Prospect Street
Apt 9
Biddeford, ME 04005

William R. Bishop
7 Clifford Street
Apt 102
Biddeford, ME 04005



**NOTICE OF MORTGAGOR'S RIGHT TO CURE**
**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Re:  Property Address:        7 Clifford Street, Biddeford, ME 04005
      Loan Number:

Dear Mortgagor:

This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee.  Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Select Portfolio Servicing, Inc., the Mortgagee, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 and the Owner/Investor, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

Your loan is in default for failure to make payments of principal and interest when due.  This delinquency represents a breach of your Note and Mortgage in favor of Back Bay Inc. D.B.A. Mortgage Approval Services its successors and assigns (if MERs) dated July 18, 2003, and recorded in the York County Registry of Deeds in Book 13224, Page 015 and re-recorded at Book 16823, Page 482. This firm is relying on information provided by the Servicer.  **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| Due Date | Principal | Interest | Taxes | Insurance | Escrow Adj. | Total Due |
|---|---|---|---|---|---|---|
| July 1, 2024 | $197.25 | $252.27 | $250.94 | $283.04 | $0.00 | $983.50 |
| August 1, 2024 | $197.91 | $251.61 | $250.94 | $283.04 | $0.00 | $983.50 |
| September 1, 2024 | $198.57 | $250.95 | $250.94 | $283.04 | $0.00 | $983.50 |
| October 1, 2024 | $199.23 | $250.29 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| November 1, 2024 | $199.89 | $249.63 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| December 1, 2024 | $200.56 | $248.96 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| January 1, 2025 | $201.23 | $248.29 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| February 1, 2025 | $201.90 | $247.62 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| March 1, 2025 | $202.57 | $246.95 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| April 1, 2025 | $203.25 | $246.27 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| May 1, 2025 | $203.92 | $245.60 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| June 1, 2025 | $204.60 | $244.92 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| July 1, 2025 | $205.29 | $244.23 | $307.12 | $253.78 | $80.80 | $1,091.22 |

| | | | | | |
|---|---|---|---|---|---|
| August 1, 2025 | $205.97 | $243.55 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| September 1, 2025 | $206.66 | $242.86 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| October 1, 2025 | $207.35 | $242.17 | $307.12 | $253.78 | $0.00 | $1,010.42 |
| November 1, 2025 | $208.04 | $241.48 | $307.12 | $253.78 | $0.00 | $1,010.42 |
| December 1, 2025 | $208.73 | $240.79 | $307.12 | $253.78 | $0.00 | $1,010.42 |
| January 1, 2026 | $209.43 | $240.09 | $307.12 | $253.78 | $0.00 | $1,010.42 |

| Property Inspections | Amount Due |
|---|---|
| December 18, 2024 | $30.00 |

| Attorney & Foreclosure Fees | Amount Due |
|---|---|
| November 12, 2024 | $860.00 |
| November 19, 2024 | $75.00 |
| September 24, 2025 | $48.00 |

| Total Payment Due | $21,099.82 |
|---|---|

A portion of the amount due is reasonable interest in the amount of $4,678.53.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $21,099.82 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to:
**Select Portfolio Servicing, Inc.**
**Attn: PAYOFF DEPARTMENT**
**PO BOX 65450**
**Salt Lake City, UT 84165**
**Overnight Address:**
**3217 S. Decker Lake Dr.**
**Salt Lake City, UT 84119**

**Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan.  Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale.  If the full amount listed above is paid within 35 days of receipt of this letter any other fees and costs due as of this date will be waived.  To reach a person with authority to modify a mortgage loan, please contact Select Portfolio Servicing, Inc. at (888) 818-6032 to discuss your loan.



Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required.  You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure.  You may discuss available options with the mortgagee, which is Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1, the mortgage servicer, which is Select Portfolio Servicing, Inc. or a counselor approved by the United States Department of Housing and Urban Development.  You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

WARNING: Be cautious when seeking financial assistance, a loan modification or any other agreement to cure or work out the default.  Criminals have been known to pose as legitimate negotiators who work with banks to provide assistance to distressed borrowers, but these criminals may instead take your money and private information without providing any assistance.  You are encouraged to seek help from a housing counselor who works for a housing counseling agency approved by the United States Department of Housing and Urban Development (HUD) or from an attorney licensed to practice in the State of Maine.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached.  The attached list is integrated as if set forth in full.  You may also review this list by visiting the following website: http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact Select Portfolio Servicing, Inc. at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032

**NOTICE OF IMPORTANT RIGHTS**

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period.  If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Select Portfolio Servicing, Inc.
Federal Home Loan Mortgage Corporation,
as Trustee for the benefit of the Freddie Mac
Seasoned Loans Structured Transaction Trust,
Series 2019-1

by its attorney

Reneau J. Longoria, Esq.

CB
cc:  Client
       Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

57255



**HUD Housing Counseling Agencies located in MAINE**

| HUD Agency Name | Phone Toll-Free Fax Number Email Website Agency ID | Address | Languages |
|---|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: N/A<br>W: www.penquis.org<br>A: 81649 | 262 Harlow St<br>Bangor, Maine 04401-4952 | - English |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900<br>T: 877-340-2649<br>F:<br>E: jason.thomas@ceimaine.org<br>W: www.ceimaine.org<br>A: 80985 | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 | - English<br>- Spanish |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347<br>T: 800-339-6516<br>F: 207-553-7778<br>E: ndigeronimo@avestahousing.org<br>W: www.avestahousing.org<br>A: 81144 | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 | - English |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762<br>T:<br>F: 207-490-5026<br>E: meaghan.arzberger@yccac.org<br>W: www.yccac.org<br>A: 81150 | 6 Spruce Street<br>SANFORD, Maine 04073-2917 | - English |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: homequest@community-concepts.org<br>W: https://www.ccimaine.org/<br>A: 81580 | 17 Market Sq<br>South Paris, Maine 04281-1533 | - English |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: housing@kvcap.org<br>W: www.kvcap.org<br>A: 81685 | 101 Water St<br>Waterville, Maine 04901-6339 | |

**National Foreclosure Mitigation Counseling (NFMC) grantees through NeighborWorks America located in MAINE**

| Agency Name | Phone Website | Address | Languages |
|---|---|---|---|
| MMI - Auburn | Phone: 800-873-2227<br>Web: | 250 Center St., Ste. 205<br>Auburn, Maine 4210 | - English |
| MMI - Bangor | Phone: 800-308-2227<br>Web: www.moneymanagement.org | 175 Exchange St., Ste. 200<br>Bangor, Maine 4401 | - English |
| Penquis, Inc | Phone: 207-973-3500<br>Web: www.penquis.org | 262 Harlow Street<br>Bangor, Maine 04402 | - English |
| Community Concepts, Inc. | Phone: 207-743-7716<br>Web: www.community-concepts.org | 240 Bates Street<br>Lewiston, Maine 04240 | - English |

| Avesta Housing Development Corporation | **Phone:** 207-553-7777 <br> **Web: www.avestahousing.org** | 307 Cumberland Avenue <br> Portland, Maine 04101 | - English |
| MMI - South Portland | **Phone:** 800-873-2227 <br> **Web:** | 111 Wescott Road <br> South Portland, Maine 4106 | - English |
| MMI - South Portland | **Phone:** 800-308-2227 <br> **Web: www.moneymanagement.org** | 111 Wescott Road <br> South Portland, Maine 4106 | - English |
| Kennebec Valley Community Action Program | **Phone:** 800-542-8227 <br> **Web: www.kvcap.org** | 97 Water Street <br> Waterville, Maine 04901 | - English |

https://apps.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=ME&filterSvc=dfc



P.O. Box 23159
San Diego, CA 92193-3159

IMPORTANT INFORMATION
ENCLOSED



(11) 970 0000 2180 1440 2

**Mailed On:** 01/27/2026          **Order Number:**     0002399-01    FC
**ClientID:**    DGandL000909       **Reference Number:** 57255

William R. Bishop
7 Clifford Street
Biddeford, ME 04005





100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

978.921.2670 | WWW.DGANDL.COM
HRS: MON-FRI 9 AM-4 PM

January 27, 2026

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Carol L. Bishop
7 Clifford Street
Biddeford, ME 04005

Carol L. Bishop
7 Clifford Street
Apt 102
Biddeford, ME 04005

Carol L. Bishop
7 Clifford Street
Apt 2
Biddeford, ME 04005

William R. Bishop
7 Clifford Street
Biddeford, ME 04005

William R. Bishop
114 Prospect Street
Apt 8
Biddeford, ME 04005

William R. Bishop
114 Prospect Street
Apt 9
Biddeford, ME 04005

William R. Bishop
7 Clifford Street
Apt 102
Biddeford, ME 04005



**NOTICE OF MORTGAGOR'S RIGHT TO CURE**
**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Re: Property Address:    7 Clifford Street, Biddeford, ME 04005
    Loan Number:

Dear Mortgagor:

This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee. Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Select Portfolio Servicing, Inc., the Mortgagee, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 and the Owner/Investor, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

Your loan is in default for failure to make payments of principal and interest when due. This delinquency represents a breach of your Note and Mortgage in favor of Back Bay Inc. D.B.A. Mortgage Approval Services its successors and assigns (if MERs) dated July 18, 2003, and recorded in the York County Registry of Deeds in Book 13224, Page 015 and re-recorded at Book 16823, Page 482. This firm is relying on information provided by the Servicer. **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| Due Date | Principal | Interest | Taxes | Insurance | Escrow Adj. | Total Due |
|---|---|---|---|---|---|---|
| July 1, 2024 | $197.25 | $252.27 | $250.94 | $283.04 | $0.00 | $983.50 |
| August 1, 2024 | $197.91 | $251.61 | $250.94 | $283.04 | $0.00 | $983.50 |
| September 1, 2024 | $198.57 | $250.95 | $250.94 | $283.04 | $0.00 | $983.50 |
| October 1, 2024 | $199.23 | $250.29 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| November 1, 2024 | $199.89 | $249.63 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| December 1, 2024 | $200.56 | $248.96 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| January 1, 2025 | $201.23 | $248.29 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| February 1, 2025 | $201.90 | $247.62 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| March 1, 2025 | $202.57 | $246.95 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| April 1, 2025 | $203.25 | $246.27 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| May 1, 2025 | $203.92 | $245.60 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| June 1, 2025 | $204.60 | $244.92 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| July 1, 2025 | $205.29 | $244.23 | $307.12 | $253.78 | $80.80 | $1,091.22 |

| | | | | | |
|---|---|---|---|---|---|
| August 1, 2025 | $205.97 | $243.55 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| September 1, 2025 | $206.66 | $242.86 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| October 1, 2025 | $207.35 | $242.17 | $307.12 | $253.78 | $0.00 | $1,010.42 |
| November 1, 2025 | $208.04 | $241.48 | $307.12 | $253.78 | $0.00 | $1,010.42 |
| December 1, 2025 | $208.73 | $240.79 | $307.12 | $253.78 | $0.00 | $1,010.42 |
| January 1, 2026 | $209.43 | $240.09 | $307.12 | $253.78 | $0.00 | $1,010.42 |

| Property Inspections | Amount Due |
|---|---|
| December 18, 2024 | $30.00 |

| Attorney & Foreclosure Fees | Amount Due |
|---|---|
| November 12, 2024 | $860.00 |
| November 19, 2024 | $75.00 |
| September 24, 2025 | $48.00 |

| Total Payment Due | $21,099.82 |
|---|---|

A portion of the amount due is reasonable interest in the amount of $4,678.53.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $21,099.82 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to:
**Select Portfolio Servicing, Inc.**
**Attn: PAYOFF DEPARTMENT**
**PO BOX 65450**
**Salt Lake City, UT 84165**
**Overnight Address:**
**3217 S. Decker Lake Dr.**
**Salt Lake City, UT 84119**

**Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan.  Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale.  If the full amount listed above is paid within 35 days of receipt of this letter any other fees and costs due as of this date will be waived.  To reach a person with authority to modify a mortgage loan, please contact Select Portfolio Servicing, Inc. at (888) 818-6032 to discuss your loan.



Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required.  You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure.  You may discuss available options with the mortgagee, which is Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1, the mortgage servicer, which is Select Portfolio Servicing, Inc. or a counselor approved by the United States Department of Housing and Urban Development.  You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

WARNING: Be cautious when seeking financial assistance, a loan modification or any other agreement to cure or work out the default.  Criminals have been known to pose as legitimate negotiators who work with banks to provide assistance to distressed borrowers, but these criminals may instead take your money and private information without providing any assistance.  You are encouraged to seek help from a housing counselor who works for a housing counseling agency approved by the United States Department of Housing and Urban Development (HUD) or from an attorney licensed to practice in the State of Maine.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full.  You may also review this list by visiting the following website: http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact Select Portfolio Servicing, Inc. at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032

**NOTICE OF IMPORTANT RIGHTS**

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period. If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Select Portfolio Servicing, Inc.
Federal Home Loan Mortgage Corporation,
as Trustee for the benefit of the Freddie Mac
Seasoned Loans Structured Transaction Trust,
Series 2019-1

by its attorney

Reneau J. Longoria, Esq.

CB
cc:  Client
     Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

57255



## HUD Housing Counseling Agencies located in MAINE

| HUD Agency Name | Phone Toll-Free Fax Number Email Website Agency ID | Address | Languages |
|---|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: N/A<br>W: www.penquis.org<br>A: 81649 | 262 Harlow St<br>Bangor, Maine 04401-4952 | - English |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900<br>T: 877-340-2649<br>F:<br>E: jason.thomas@ceimaine.org<br>W: www.ceimaine.org<br>A: 80985 | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 | - English<br>- Spanish |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347<br>T: 800-339-6516<br>F: 207-553-7778<br>E: ndigeronimo@avestahousing.org<br>W: www.avestahousing.org<br>A: 81144 | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 | - English |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762<br>T:<br>F: 207-490-5026<br>E: meaghan.arzberger@yccac.org<br>W: www.yccac.org<br>A: 81150 | 6 Spruce Street<br>SANFORD, Maine 04073-2917 | - English |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: homequest@community-concepts.org<br>W: https://www.ccimaine.org/<br>A: 81580 | 17 Market Sq<br>South Paris, Maine 04281-1533 | - English |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: housing@kvcap.org<br>W: www.kvcap.org<br>A: 81685 | 101 Water St<br>Waterville, Maine 04901-6339 | |

## National Foreclosure Mitigation Counseling (NFMC) grantees through NeighborWorks America located in MAINE

| Agency Name | Phone Website | Address | Languages |
|---|---|---|---|
| MMI - Auburn | Phone: 800-873-2227<br>Web: | 250 Center St., Ste. 205<br>Auburn, Maine 4210 | - English |
| MMI - Bangor | Phone: 800-308-2227<br>Web: www.moneymanagement.org | 175 Exchange St., Ste. 200<br>Bangor, Maine 4401 | - English |
| Penquis, Inc | Phone: 207-973-3500<br>Web: www.penquis.org | 262 Harlow Street<br>Bangor, Maine 04402 | - English |
| Community Concepts, Inc. | Phone: 207-743-7716<br>Web: www.community-concepts.org | 240 Bates Street<br>Lewiston, Maine 04240 | - English |

| Avesta Housing Development Corporation | **Phone:** 207-553-7777<br>**Web: www.avestahousing.org** | 307 Cumberland Avenue<br>Portland, Maine 04101 | - English |
| MMI - South Portland | **Phone:** 800-873-2227<br>**Web:** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| MMI - South Portland | **Phone:** 800-308-2227<br>**Web: www.moneymanagement.org** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| Kennebec Valley Community Action Program | **Phone:** 800-542-8227<br>**Web: www.kvcap.org** | 97 Water Street<br>Waterville, Maine 04901 | - English |

https://apps.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=ME&filterSvc=dfc



P.O. Box 23159
San Diego, CA 92193-3159

IMPORTANT INFORMATION
ENCLOSED



(11) 970 0000 2180 1439 6

**Mailed On:** 01/27/2026          **Order Number:**          0002399-01   FC
**ClientID:**   DGandL000909       **Reference Number:** 57255

Carol L. Bishop
7 Clifford Street
Apt 2
Biddeford, ME 04005





**Doonan, Graves & Longoria** LLC
ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

978.921.2670 | WWW.DGANDL.COM
HRS: MON-FRI 9 AM-4 PM

January 27, 2026

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Carol L. Bishop
7 Clifford Street
Biddeford, ME 04005

Carol L. Bishop
7 Clifford Street
Apt 102
Biddeford, ME 04005

Carol L. Bishop
7 Clifford Street
Apt 2
Biddeford, ME 04005

William R. Bishop
7 Clifford Street
Biddeford, ME 04005

William R. Bishop
114 Prospect Street
Apt 8
Biddeford, ME 04005

William R. Bishop
114 Prospect Street
Apt 9
Biddeford, ME 04005

William R. Bishop
7 Clifford Street
Apt 102
Biddeford, ME 04005



**NOTICE OF MORTGAGOR'S RIGHT TO CURE**
**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Re:   Property Address:        7 Clifford Street, Biddeford, ME 04005
      Loan Number:

Dear Mortgagor:

This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee.  Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Select Portfolio Servicing, Inc., the Mortgagee, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 and the Owner/Investor, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

Your loan is in default for failure to make payments of principal and interest when due.  This delinquency represents a breach of your Note and Mortgage in favor of Back Bay Inc. D.B.A. Mortgage Approval Services its successors and assigns (if MERs) dated July 18, 2003, and recorded in the York County Registry of Deeds in Book 13224, Page 015 and re-recorded at Book 16823, Page 482. This firm is relying on information provided by the Servicer.  **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| Due Date | Principal | Interest | Taxes | Insurance | Escrow Adj. | Total Due |
|---|---|---|---|---|---|---|
| July 1, 2024 | $197.25 | $252.27 | $250.94 | $283.04 | $0.00 | $983.50 |
| August 1, 2024 | $197.91 | $251.61 | $250.94 | $283.04 | $0.00 | $983.50 |
| September 1, 2024 | $198.57 | $250.95 | $250.94 | $283.04 | $0.00 | $983.50 |
| October 1, 2024 | $199.23 | $250.29 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| November 1, 2024 | $199.89 | $249.63 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| December 1, 2024 | $200.56 | $248.96 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| January 1, 2025 | $201.23 | $248.29 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| February 1, 2025 | $201.90 | $247.62 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| March 1, 2025 | $202.57 | $246.95 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| April 1, 2025 | $203.25 | $246.27 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| May 1, 2025 | $203.92 | $245.60 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| June 1, 2025 | $204.60 | $244.92 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| July 1, 2025 | $205.29 | $244.23 | $307.12 | $253.78 | $80.80 | $1,091.22 |

| | | | | | |
|---|---|---|---|---|---|
| August 1, 2025 | $205.97 | $243.55 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| September 1, 2025 | $206.66 | $242.86 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| October 1, 2025 | $207.35 | $242.17 | $307.12 | $253.78 | $0.00 | $1,010.42 |
| November 1, 2025 | $208.04 | $241.48 | $307.12 | $253.78 | $0.00 | $1,010.42 |
| December 1, 2025 | $208.73 | $240.79 | $307.12 | $253.78 | $0.00 | $1,010.42 |
| January 1, 2026 | $209.43 | $240.09 | $307.12 | $253.78 | $0.00 | $1,010.42 |

| Property Inspections | Amount Due |
|---|---|
| December 18, 2024 | $30.00 |

| Attorney & Foreclosure Fees | Amount Due |
|---|---|
| November 12, 2024 | $860.00 |
| November 19, 2024 | $75.00 |
| September 24, 2025 | $48.00 |

| Total Payment Due | $21,099.82 |
|---|---|

A portion of the amount due is reasonable interest in the amount of $4,678.53.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $21,099.82 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to:
> **Select Portfolio Servicing, Inc.**
> **Attn: PAYOFF DEPARTMENT**
> **PO BOX 65450**
> **Salt Lake City, UT 84165**
> **Overnight Address:**
> **3217 S. Decker Lake Dr.**
> **Salt Lake City, UT 84119**

**Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan.  Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale.  If the full amount listed above is paid within 35 days of receipt of this letter any other fees and costs due as of this date will be waived.  To reach a person with authority to modify a mortgage loan, please contact Select Portfolio Servicing, Inc. at (888) 818-6032 to discuss your loan.



Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required.  You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure.  You may discuss available options with the mortgagee, which is Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1, the mortgage servicer, which is Select Portfolio Servicing, Inc. or a counselor approved by the United States Department of Housing and Urban Development.  You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

WARNING: Be cautious when seeking financial assistance, a loan modification or any other agreement to cure or work out the default.  Criminals have been known to pose as legitimate negotiators who work with banks to provide assistance to distressed borrowers, but these criminals may instead take your money and private information without providing any assistance.  You are encouraged to seek help from a housing counselor who works for a housing counseling agency approved by the United States Department of Housing and Urban Development (HUD) or from an attorney licensed to practice in the State of Maine.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached.  The attached list is integrated as if set forth in full.  You may also review this list by visiting the following website:
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact Select Portfolio Servicing, Inc. at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032

**NOTICE OF IMPORTANT RIGHTS**

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period. If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Select Portfolio Servicing, Inc.
Federal Home Loan Mortgage Corporation,
as Trustee for the benefit of the Freddie Mac
Seasoned Loans Structured Transaction Trust,
Series 2019-1

by its attorney

Reneau J. Longoria, Esq.

CB
cc: Client
     Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

57255



## HUD Housing Counseling Agencies located in MAINE

| HUD Agency Name | Phone Toll-Free Fax Number Email Website Agency ID | Address | Languages |
|---|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: N/A<br>W: www.penquis.org<br>A: 81649 | 262 Harlow St<br>Bangor, Maine 04401-4952 | - English |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900<br>T: 877-340-2649<br>F:<br>E: jason.thomas@ceimaine.org<br>W: www.ceimaine.org<br>A: 80985 | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 | - English<br>- Spanish |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347<br>T: 800-339-6516<br>F: 207-553-7778<br>E: ndigeronimo@avestahousing.org<br>W: www.avestahousing.org<br>A: 81144 | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 | - English |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762<br>T:<br>F: 207-490-5026<br>E: meaghan.arzberger@yccac.org<br>W: www.yccac.org<br>A: 81150 | 6 Spruce Street<br>SANFORD, Maine 04073-2917 | - English |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: homequest@community-concepts.org<br>W: https://www.ccimaine.org/<br>A: 81580 | 17 Market Sq<br>South Paris, Maine 04281-1533 | - English |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: housing@kvcap.org<br>W: www.kvcap.org<br>A: 81685 | 101 Water St<br>Waterville, Maine 04901-6339 | |

## National Foreclosure Mitigation Counseling (NFMC) grantees through NeighborWorks America located in MAINE

| Agency Name | Phone Website | Address | Languages |
|---|---|---|---|
| MMI - Auburn | Phone: 800-873-2227<br>Web: | 250 Center St., Ste. 205<br>Auburn, Maine 4210 | - English |
| MMI - Bangor | Phone: 800-308-2227<br>Web: www.moneymanagement.org | 175 Exchange St., Ste. 200<br>Bangor, Maine 4401 | - English |
| Penquis, Inc | Phone: 207-973-3500<br>Web: www.penquis.org | 262 Harlow Street<br>Bangor, Maine 04402 | - English |
| Community Concepts, Inc. | Phone: 207-743-7716<br>Web: www.community-concepts.org | 240 Bates Street<br>Lewiston, Maine 04240 | - English |

| Avesta Housing Development Corporation | **Phone:** 207-553-7777<br>**Web: www.avestahousing.org** | 307 Cumberland Avenue<br>Portland, Maine 04101 | - English |
| MMI - South Portland | **Phone:** 800-873-2227<br>**Web:** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| MMI - South Portland | **Phone:** 800-308-2227<br>**Web: www.moneymanagement.org** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| Kennebec Valley Community Action Program | **Phone:** 800-542-8227<br>**Web: www.kvcap.org** | 97 Water Street<br>Waterville, Maine 04901 | - English |

https://apps.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=ME&filterSvc=dfc



P.O. Box 23159
San Diego, CA 92193-3159

IMPORTANT INFORMATION
ENCLOSED



(11) 970 0000 2180 1437 2

**Mailed On:** 01/27/2026          **Order Number:**    0002399-01    FC
**ClientID:**    DGandL000909      **Reference Number:** 57255

Carol L. Bishop
7 Clifford Street
Biddeford, ME 04005





## Doonan, Graves & Longoria LLC
### ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

978.921.2670 | WWW.DGANDL.COM
HRS: MON-FRI 9 AM-4 PM

January 27, 2026

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Carol L. Bishop
7 Clifford Street
Biddeford, ME 04005

Carol L. Bishop
7 Clifford Street
Apt 102
Biddeford, ME 04005

Carol L. Bishop
7 Clifford Street
Apt 2
Biddeford, ME 04005

William R. Bishop
7 Clifford Street
Biddeford, ME 04005

William R. Bishop
114 Prospect Street
Apt 8
Biddeford, ME 04005

William R. Bishop
114 Prospect Street
Apt 9
Biddeford, ME 04005

William R. Bishop
7 Clifford Street
Apt 102
Biddeford, ME 04005



**NOTICE OF MORTGAGOR'S RIGHT TO CURE**
**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED**
**WILL BE USED FOR THAT PURPOSE.**

Re:  Property Address:        7 Clifford Street, Biddeford, ME 04005
Loan Number:

Dear Mortgagor:

This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee.  Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Select Portfolio Servicing, Inc., the Mortgagee, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 and the Owner/Investor, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

Your loan is in default for failure to make payments of principal and interest when due.  This delinquency represents a breach of your Note and Mortgage in favor of Back Bay Inc. D.B.A. Mortgage Approval Services its successors and assigns (if MERs) dated July 18, 2003, and recorded in the York County Registry of Deeds in Book 13224, Page 015 and re-recorded at Book 16823, Page 482. This firm is relying on information provided by the Servicer.  **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| Due Date | Principal | Interest | Taxes | Insurance | Escrow Adj. | Total Due |
|---|---|---|---|---|---|---|
| July 1, 2024 | $197.25 | $252.27 | $250.94 | $283.04 | $0.00 | $983.50 |
| August 1, 2024 | $197.91 | $251.61 | $250.94 | $283.04 | $0.00 | $983.50 |
| September 1, 2024 | $198.57 | $250.95 | $250.94 | $283.04 | $0.00 | $983.50 |
| October 1, 2024 | $199.23 | $250.29 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| November 1, 2024 | $199.89 | $249.63 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| December 1, 2024 | $200.56 | $248.96 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| January 1, 2025 | $201.23 | $248.29 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| February 1, 2025 | $201.90 | $247.62 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| March 1, 2025 | $202.57 | $246.95 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| April 1, 2025 | $203.25 | $246.27 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| May 1, 2025 | $203.92 | $245.60 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| June 1, 2025 | $204.60 | $244.92 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| July 1, 2025 | $205.29 | $244.23 | $307.12 | $253.78 | $80.80 | $1,091.22 |

| | | | | | |
|---|---|---|---|---|---|
| August 1, 2025 | $205.97 | $243.55 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| September 1, 2025 | $206.66 | $242.86 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| October 1, 2025 | $207.35 | $242.17 | $307.12 | $253.78 | $0.00 | $1,010.42 |
| November 1, 2025 | $208.04 | $241.48 | $307.12 | $253.78 | $0.00 | $1,010.42 |
| December 1, 2025 | $208.73 | $240.79 | $307.12 | $253.78 | $0.00 | $1,010.42 |
| January 1, 2026 | $209.43 | $240.09 | $307.12 | $253.78 | $0.00 | $1,010.42 |

| Property Inspections | Amount Due |
|---|---|
| December 18, 2024 | $30.00 |

| Attorney & Foreclosure Fees | Amount Due |
|---|---|
| November 12, 2024 | $860.00 |
| November 19, 2024 | $75.00 |
| September 24, 2025 | $48.00 |

| Total Payment Due | $21,099.82 |
|---|---|

A portion of the amount due is reasonable interest in the amount of $4,678.53.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $21,099.82 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to:

**Select Portfolio Servicing, Inc.**
**Attn: PAYOFF DEPARTMENT**
**PO BOX 65450**
**Salt Lake City, UT 84165**
**Overnight Address:**
**3217 S. Decker Lake Dr.**
**Salt Lake City, UT 84119**

**Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan.  Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale.  If the full amount listed above is paid within 35 days of receipt of this letter any other fees and costs due as of this date will be waived.  To reach a person with authority to modify a mortgage loan, please contact Select Portfolio Servicing, Inc. at (888) 818-6032 to discuss your loan.



Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required.  You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure.  You may discuss available options with the mortgagee, which is Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1, the mortgage servicer, which is Select Portfolio Servicing, Inc. or a counselor approved by the United States Department of Housing and Urban Development.  You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

WARNING: Be cautious when seeking financial assistance, a loan modification or any other agreement to cure or work out the default.  Criminals have been known to pose as legitimate negotiators who work with banks to provide assistance to distressed borrowers, but these criminals may instead take your money and private information without providing any assistance.  You are encouraged to seek help from a housing counselor who works for a housing counseling agency approved by the United States Department of Housing and Urban Development (HUD) or from an attorney licensed to practice in the State of Maine.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full.  You may also review this list by visiting the following website:
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact Select Portfolio Servicing, Inc. at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032

**NOTICE OF IMPORTANT RIGHTS**

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period.  If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Select Portfolio Servicing, Inc.
Federal Home Loan Mortgage Corporation,
as Trustee for the benefit of the Freddie Mac
Seasoned Loans Structured Transaction Trust,
Series 2019-1

by its attorney

Reneau J. Longoria, Esq.

CB
cc:  Client
       Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

57255



**HUD Housing Counseling Agencies located in MAINE**

| HUD Agency Name | Phone / Toll-Free / Fax Number / Email / Website / Agency ID | Address | Languages |
|---|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: N/A<br>W: www.penquis.org<br>A: 81649 | 262 Harlow St<br>Bangor, Maine 04401-4952 | - English |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900<br>T: 877-340-2649<br>F:<br>E: jason.thomas@ceimaine.org<br>W: www.ceimaine.org<br>A: 80985 | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 | - English<br>- Spanish |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347<br>T: 800-339-6516<br>F: 207-553-7778<br>E: ndigeronimo@avestahousing.org<br>W: www.avestahousing.org<br>A: 81144 | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 | - English |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762<br>T:<br>F: 207-490-5026<br>E: meaghan.arzberger@yccac.org<br>W: www.yccac.org<br>A: 81150 | 6 Spruce Street<br>SANFORD, Maine 04073-2917 | - English |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: homequest@community-concepts.org<br>W: https://www.ccimaine.org/<br>A: 81580 | 17 Market Sq<br>South Paris, Maine 04281-1533 | - English |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: housing@kvcap.org<br>W: www.kvcap.org<br>A: 81685 | 101 Water St<br>Waterville, Maine 04901-6339 | |

**National Foreclosure Mitigation Counseling (NFMC) grantees through NeighborWorks America located in MAINE**

| Agency Name | Phone / Website | Address | Languages |
|---|---|---|---|
| MMI - Auburn | Phone: 800-873-2227<br>Web: | 250 Center St., Ste. 205<br>Auburn, Maine 4210 | - English |
| MMI - Bangor | Phone: 800-308-2227<br>Web: www.moneymanagement.org | 175 Exchange St., Ste. 200<br>Bangor, Maine 4401 | - English |
| Penquis, Inc | Phone: 207-973-3500<br>Web: www.penquis.org | 262 Harlow Street<br>Bangor, Maine 04402 | - English |
| Community Concepts, Inc. | Phone: 207-743-7716<br>Web: www.community-concepts.org | 240 Bates Street<br>Lewiston, Maine 04240 | - English |

| Avesta Housing Development Corporation | **Phone:** 207-553-7777<br>**Web: www.avestahousing.org** | 307 Cumberland Avenue<br>Portland, Maine 04101 | - English |
|---|---|---|---|
| MMI - South Portland | **Phone:** 800-873-2227<br>**Web:** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| MMI - South Portland | **Phone:** 800-308-2227<br>**Web: www.moneymanagement.org** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| Kennebec Valley Community Action Program | **Phone:** 800-542-8227<br>**Web: www.kvcap.org** | 97 Water Street<br>Waterville, Maine 04901 | - English |

https://apps.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=ME&filterSvc=dfc



P.O. Box 23159
San Diego, CA 92193-3159



RETURN RECEIPT
REQUESTED

9214 7969 0024 8400 0000 0587 34

**Mailed On:** 01/27/2026          **Order Number:**      0002399-01    CR
**ClientID:**    DGandL000909       **Reference Number:** 57255

William R. Bishop
114 Prospect Street
Apt 8
Biddeford, ME 04005





100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

978.921.2670 | WWW.DGANDL.COM
HRS: MON-FRI 9 AM-4 PM

January 27, 2026

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Carol L. Bishop
7 Clifford Street
Biddeford, ME 04005

Carol L. Bishop
7 Clifford Street
Apt 102
Biddeford, ME 04005

Carol L. Bishop
7 Clifford Street
Apt 2
Biddeford, ME 04005

William R. Bishop
7 Clifford Street
Biddeford, ME 04005

William R. Bishop
114 Prospect Street
Apt 8
Biddeford, ME 04005

William R. Bishop
114 Prospect Street
Apt 9
Biddeford, ME 04005

William R. Bishop
7 Clifford Street
Apt 102
Biddeford, ME 04005



**NOTICE OF MORTGAGOR'S RIGHT TO CURE**
**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Re:  Property Address:        7 Clifford Street, Biddeford, ME 04005
      Loan Number:

Dear Mortgagor:

This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee.  Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Select Portfolio Servicing, Inc., the Mortgagee, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 and the Owner/Investor, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

Your loan is in default for failure to make payments of principal and interest when due.  This delinquency represents a breach of your Note and Mortgage in favor of Back Bay Inc. D.B.A. Mortgage Approval Services its successors and assigns (if MERs) dated July 18, 2003, and recorded in the York County Registry of Deeds in Book 13224, Page 015 and re-recorded at Book 16823, Page 482. This firm is relying on information provided by the Servicer.  **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| Due Date | Principal | Interest | Taxes | Insurance | Escrow Adj. | Total Due |
|---|---|---|---|---|---|---|
| July 1, 2024 | $197.25 | $252.27 | $250.94 | $283.04 | $0.00 | $983.50 |
| August 1, 2024 | $197.91 | $251.61 | $250.94 | $283.04 | $0.00 | $983.50 |
| September 1, 2024 | $198.57 | $250.95 | $250.94 | $283.04 | $0.00 | $983.50 |
| October 1, 2024 | $199.23 | $250.29 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| November 1, 2024 | $199.89 | $249.63 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| December 1, 2024 | $200.56 | $248.96 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| January 1, 2025 | $201.23 | $248.29 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| February 1, 2025 | $201.90 | $247.62 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| March 1, 2025 | $202.57 | $246.95 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| April 1, 2025 | $203.25 | $246.27 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| May 1, 2025 | $203.92 | $245.60 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| June 1, 2025 | $204.60 | $244.92 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| July 1, 2025 | $205.29 | $244.23 | $307.12 | $253.78 | $80.80 | $1,091.22 |

| | | | | | |
|---|---|---|---|---|---|
| August 1, 2025 | $205.97 | $243.55 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| September 1, 2025 | $206.66 | $242.86 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| October 1, 2025 | $207.35 | $242.17 | $307.12 | $253.78 | $0.00 | $1,010.42 |
| November 1, 2025 | $208.04 | $241.48 | $307.12 | $253.78 | $0.00 | $1,010.42 |
| December 1, 2025 | $208.73 | $240.79 | $307.12 | $253.78 | $0.00 | $1,010.42 |
| January 1, 2026 | $209.43 | $240.09 | $307.12 | $253.78 | $0.00 | $1,010.42 |

| Property Inspec-tions | Amount Due |
|---|---|
| December 18, 2024 | $30.00 |

| Attorney & Foreclosure Fees | Amount Due |
|---|---|
| November 12, 2024 | $860.00 |
| November 19, 2024 | $75.00 |
| September 24, 2025 | $48.00 |

| Total Payment Due | $21,099.82 |
|---|---|

A portion of the amount due is reasonable interest in the amount of $4,678.53.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $21,099.82 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to:
**Select Portfolio Servicing, Inc.**
**Attn: PAYOFF DEPARTMENT**
**PO BOX 65450**
**Salt Lake City, UT 84165**
**Overnight Address:**
**3217 S. Decker Lake Dr.**
**Salt Lake City, UT 84119**

**Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan.  Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale.  If the full amount listed above is paid within 35 days of receipt of this letter any other fees and costs due as of this date will be waived.  To reach a person with authority to modify a mortgage loan, please contact Select Portfolio Servicing, Inc. at (888) 818-6032 to discuss your loan.



Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required. You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure. You may discuss available options with the mortgagee, which is Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1, the mortgage servicer, which is Select Portfolio Servicing, Inc. or a counselor approved by the United States Department of Housing and Urban Development. You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

WARNING: Be cautious when seeking financial assistance, a loan modification or any other agreement to cure or work out the default. Criminals have been known to pose as legitimate negotiators who work with banks to provide assistance to distressed borrowers, but these criminals may instead take your money and private information without providing any assistance. You are encouraged to seek help from a housing counselor who works for a housing counseling agency approved by the United States Department of Housing and Urban Development (HUD) or from an attorney licensed to practice in the State of Maine.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full. You may also review this list by visiting the following website: http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact Select Portfolio Servicing, Inc. at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032

**NOTICE OF IMPORTANT RIGHTS**

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period.  If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Select Portfolio Servicing, Inc.
Federal Home Loan Mortgage Corporation,
as Trustee for the benefit of the Freddie Mac
Seasoned Loans Structured Transaction Trust,
Series 2019-1

by its attorney

Reneau J. Longoria, Esq.

CB
cc:  Client
     Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

57255



## HUD Housing Counseling Agencies located in MAINE

| HUD Agency Name | Phone Toll-Free Fax Number Email Website Agency ID | Address | Languages |
|---|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: N/A<br>W: www.penquis.org<br>A: 81649 | 262 Harlow St<br>Bangor, Maine 04401-4952 | - English |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900<br>T: 877-340-2649<br>F:<br>E: jason.thomas@ceimaine.org<br>W: www.ceimaine.org<br>A: 80985 | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 | - English<br>- Spanish |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347<br>T: 800-339-6516<br>F: 207-553-7778<br>E: ndigeronimo@avestahousing.org<br>W: www.avestahousing.org<br>A: 81144 | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 | - English |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762<br>T:<br>F: 207-490-5026<br>E: meaghan.arzberger@yccac.org<br>W: www.yccac.org<br>A: 81150 | 6 Spruce Street<br>SANFORD, Maine 04073-2917 | - English |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: homequest@community-concepts.org<br>W: https://www.ccimaine.org/<br>A: 81580 | 17 Market Sq<br>South Paris, Maine 04281-1533 | - English |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: housing@kvcap.org<br>W: www.kvcap.org<br>A: 81685 | 101 Water St<br>Waterville, Maine 04901-6339 | |

## National Foreclosure Mitigation Counseling (NFMC) grantees through NeighborWorks America located in MAINE

| Agency Name | Phone Website | Address | Languages |
|---|---|---|---|
| MMI - Auburn | Phone: 800-873-2227<br>Web: | 250 Center St., Ste. 205<br>Auburn, Maine 4210 | - English |
| MMI - Bangor | Phone: 800-308-2227<br>Web: www.moneymanagement.org | 175 Exchange St., Ste. 200<br>Bangor, Maine 4401 | - English |
| Penquis, Inc | Phone: 207-973-3500<br>Web: www.penquis.org | 262 Harlow Street<br>Bangor, Maine 04402 | - English |
| Community Concepts, Inc. | Phone: 207-743-7716<br>Web: www.community-concepts.org | 240 Bates Street<br>Lewiston, Maine 04240 | - English |

| Avesta Housing Development Corporation | **Phone:** 207-553-7777<br>**Web:** **www.avestahousing.org** | 307 Cumberland Avenue<br>Portland, Maine 04101 | - English |
| MMI - South Portland | **Phone:** 800-873-2227<br>**Web:** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| MMI - South Portland | **Phone:** 800-308-2227<br>**Web:** **www.moneymanagement.org** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| Kennebec Valley Community Action Program | **Phone:** 800-542-8227<br>**Web:** **www.kvcap.org** | 97 Water Street<br>Waterville, Maine 04901 | - English |

https://apps.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=ME&filterSvc=dfc



P.O. Box 23159
San Diego, CA 92193-3159

RETURN RECEIPT
REQUESTED



9214 7969 0024 8400 0000 0587 65

**Mailed On:** 01/27/2026          **Order Number:**      0002399-01    CR
**ClientID:**    DGandL000909       **Reference Number:** 57255

William R. Bishop
114 Prospect Street
Apt 9
Biddeford, ME 04005





100 CUMMINGS CENTER, SUITE 303C
BEVERLY, MASSACHUSETTS 01915

978.921.2670 | WWW.DGANDL.COM
HRS: MON-FRI 9 AM-4 PM

January 27, 2026

VIA CERTIFICATE OF MAILING
AND REGULAR MAIL

Carol L. Bishop
7 Clifford Street
Biddeford, ME 04005

Carol L. Bishop
7 Clifford Street
Apt 102
Biddeford, ME 04005

Carol L. Bishop
7 Clifford Street
Apt 2
Biddeford, ME 04005

William R. Bishop
7 Clifford Street
Biddeford, ME 04005

William R. Bishop
114 Prospect Street
Apt 8
Biddeford, ME 04005

William R. Bishop
114 Prospect Street
Apt 9
Biddeford, ME 04005

William R. Bishop
7 Clifford Street
Apt 102
Biddeford, ME 04005



**NOTICE OF MORTGAGOR'S RIGHT TO CURE**
**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Re:  Property Address:        7 Clifford Street, Biddeford, ME 04005
     Loan Number:

Dear Mortgagor:

This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee.  Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Select Portfolio Servicing, Inc., the Mortgagee, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 and the Owner/Investor, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

Your loan is in default for failure to make payments of principal and interest when due.  This delinquency represents a breach of your Note and Mortgage in favor of Back Bay Inc. D.B.A. Mortgage Approval Services its successors and assigns (if MERs) dated July 18, 2003, and recorded in the York County Registry of Deeds in Book 13224, Page 015 and re-recorded at Book 16823, Page 482. This firm is relying on information provided by the Servicer.  **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| Due Date | Principal | Interest | Taxes | Insurance | Escrow Adj. | Total Due |
|---|---|---|---|---|---|---|
| July 1, 2024 | $197.25 | $252.27 | $250.94 | $283.04 | $0.00 | $983.50 |
| August 1, 2024 | $197.91 | $251.61 | $250.94 | $283.04 | $0.00 | $983.50 |
| September 1, 2024 | $198.57 | $250.95 | $250.94 | $283.04 | $0.00 | $983.50 |
| October 1, 2024 | $199.23 | $250.29 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| November 1, 2024 | $199.89 | $249.63 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| December 1, 2024 | $200.56 | $248.96 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| January 1, 2025 | $201.23 | $248.29 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| February 1, 2025 | $201.90 | $247.62 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| March 1, 2025 | $202.57 | $246.95 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| April 1, 2025 | $203.25 | $246.27 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| May 1, 2025 | $203.92 | $245.60 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| June 1, 2025 | $204.60 | $244.92 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| July 1, 2025 | $205.29 | $244.23 | $307.12 | $253.78 | $80.80 | $1,091.22 |

| | | | | | |
|---|---|---|---|---|---|
| August 1, 2025 | $205.97 | $243.55 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| September 1, 2025 | $206.66 | $242.86 | $307.12 | $253.78 | $80.80 | $1,091.22 |
| October 1, 2025 | $207.35 | $242.17 | $307.12 | $253.78 | $0.00 | $1,010.42 |
| November 1, 2025 | $208.04 | $241.48 | $307.12 | $253.78 | $0.00 | $1,010.42 |
| December 1, 2025 | $208.73 | $240.79 | $307.12 | $253.78 | $0.00 | $1,010.42 |
| January 1, 2026 | $209.43 | $240.09 | $307.12 | $253.78 | $0.00 | $1,010.42 |

| Property Inspections | Amount Due |
|---|---|
| December 18, 2024 | $30.00 |

| Attorney & Foreclosure Fees | Amount Due |
|---|---|
| November 12, 2024 | $860.00 |
| November 19, 2024 | $75.00 |
| September 24, 2025 | $48.00 |

| Total Payment Due | $21,099.82 |
|---|---|

A portion of the amount due is reasonable interest in the amount of $4,678.53.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $21,099.82 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to:
**Select Portfolio Servicing, Inc.**
**Attn: PAYOFF DEPARTMENT**
**PO BOX 65450**
**Salt Lake City, UT 84165**
**Overnight Address:**
**3217 S. Decker Lake Dr.**
**Salt Lake City, UT 84119**

**Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan.  Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale.  If the full amount listed above is paid within 35 days of receipt of this letter any other fees and costs due as of this date will be waived.  To reach a person with authority to modify a mortgage loan, please contact Select Portfolio Servicing, Inc. at (888) 818-6032 to discuss your loan.



Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required.  You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure.  You may discuss available options with the mortgagee, which is Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1, the mortgage servicer, which is Select Portfolio Servicing, Inc. or a counselor approved by the United States Department of Housing and Urban Development.  You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 is the Owner/Investor in the note and mortgage, which is the subject of this letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

WARNING: Be cautious when seeking financial assistance, a loan modification or any other agreement to cure or work out the default.  Criminals have been known to pose as legitimate negotiators who work with banks to provide assistance to distressed borrowers, but these criminals may instead take your money and private information without providing any assistance.  You are encouraged to seek help from a housing counselor who works for a housing counseling agency approved by the United States Department of Housing and Urban Development (HUD) or from an attorney licensed to practice in the State of Maine.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full.  You may also review this list by visiting the following website: http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact Select Portfolio Servicing, Inc. at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032

**NOTICE OF IMPORTANT RIGHTS**

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period.  If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Select Portfolio Servicing, Inc.
Federal Home Loan Mortgage Corporation,
as Trustee for the benefit of the Freddie Mac
Seasoned Loans Structured Transaction Trust,
Series 2019-1

by its attorney

Reneau J. Longoria, Esq.

CB
cc: Client
    Bureau of Consumer Credit Protection
Attachment: HUD Approved Housing Counseling Agencies

57255



## HUD Housing Counseling Agencies located in MAINE

| HUD Agency Name | Phone<br>Toll-Free<br>Fax Number<br>Email<br>Website<br>Agency ID | Address | Languages |
|---|---|---|---|
| PENQUIS COMMUNITY ACTION PROGRAM | P: 207-973-3500<br>T:<br>F:<br>E: N/A<br>W: www.penquis.org<br>A: 81649 | 262 Harlow St<br>Bangor, Maine 04401-4952 | - English |
| COASTAL ENTERPRISES, INCORPORATED | P: 207-504-5900<br>T: 877-340-2649<br>F:<br>E: jason.thomas@ceimaine.org<br>W: www.ceimaine.org<br>A: 80985 | 30 Federal Street<br>Suite 100<br>BRUNSWICK, Maine 04011-1510 | - English<br>- Spanish |
| AVESTA HOUSING DEVELOPMENT CORPORATION | P: 207-553-7780-3347<br>T: 800-339-6516<br>F: 207-553-7778<br>E: ndigeronimo@avestahousing.org<br>W: www.avestahousing.org<br>A: 81144 | 307 Cumberland Avenue<br>PORTLAND, Maine 04101-4920 | - English |
| YORK COUNTY COMMUNITY ACTION AGENCY | P: 207-324-5762<br>T:<br>F: 207-490-5026<br>E: meaghan.arzberger@yccac.org<br>W: www.yccac.org<br>A: 81150 | 6 Spruce Street<br>SANFORD, Maine 04073-2917 | - English |
| COMMUNITY CONCEPTS, INC. ALSO DBA HOMEQUESTMAINE | P: 207-333-6419<br>T: 800-866-5588<br>F: 207-795-4069<br>E: homequest@community-concepts.org<br>W: https://www.ccimaine.org/<br>A: 81580 | 17 Market Sq<br>South Paris, Maine 04281-1533 | - English |
| KENNEBEC VALLEY COMMUNITY ACTION PROGRAM | P: 207-859-1500<br>T: 800-542-8227<br>F:<br>E: housing@kvcap.org<br>W: www.kvcap.org<br>A: 81685 | 101 Water St<br>Waterville, Maine 04901-6339 | |

## National Foreclosure Mitigation Counseling (NFMC) grantees through NeighborWorks America located in MAINE

| Agency Name | Phone<br>Website | Address | Languages |
|---|---|---|---|
| MMI - Auburn | Phone: 800-873-2227<br>Web: | 250 Center St., Ste. 205<br>Auburn, Maine 4210 | - English |
| MMI - Bangor | Phone: 800-308-2227<br>Web: www.moneymanagement.org | 175 Exchange St., Ste. 200<br>Bangor, Maine 4401 | - English |
| Penquis, Inc | Phone: 207-973-3500<br>Web: www.penquis.org | 262 Harlow Street<br>Bangor, Maine 04402 | - English |
| Community Concepts, Inc. | Phone: 207-743-7716<br>Web: www.community-concepts.org | 240 Bates Street<br>Lewiston, Maine 04240 | - English |

| Avesta Housing Development Corporation | **Phone:** 207-553-7777<br>**Web: www.avestahousing.org** | 307 Cumberland Avenue<br>Portland, Maine 04101 | - English |
| MMI - South Portland | **Phone:** 800-873-2227<br>**Web:** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| MMI - South Portland | **Phone:** 800-308-2227<br>**Web: www.moneymanagement.org** | 111 Wescott Road<br>South Portland, Maine 4106 | - English |
| Kennebec Valley Community Action Program | **Phone:** 800-542-8227<br>**Web: www.kvcap.org** | 97 Water Street<br>Waterville, Maine 04901 | - English |

https://apps.hud.gov/offices/hsg/sfh/hcc/fc/index.cfm?webListAction=search&searchstate=ME&filterSvc=dfc



**UNITED STATES POSTAL SERVICE** ®

**Certificate of Mailing - Firm**

| Name and Address of Sender | TOTAL NO. of Pieces Listed by Sender | TOTAL NO. of Pieces Received at Post Office™ | Affix Stamp Here |
|---|---|---|---|
| iMailTracking, LLC<br>PO Box 23159<br>San Diego, CA 92193-3159 | 7 | 7 | *Postmark with Date of Receipt.*<br><br>US POSTAGE IMI PITNEY BOWES<br>ZIP 92123 $ 004.90⁰<br>02 4W<br>0000373889 JAN 27 2026 |
| | Postmaster, per *(name of receiving employee)* | | |

| | USPS® Tracking Number<br>Firm-specific Identifier | Address<br>(Name, Street, City, State, and ZIP Code™) | Postage | Fee | Special Handling | Parcel Airlift |
|---|---|---|---|---|---|---|
| 1. | (11)9700000218014372  0002399-01<br>57255  DGandL000909 | Carol L. Bishop<br>7 Clifford Street Biddeford, ME 04005 | 1.030 | 0.700 | | |
| 2. | (11)9700000218014389  0002399-01<br>57255  DGandL000909 | Carol L. Bishop<br>7 Clifford Street Biddeford, ME 04005 | 1.030 | 0.700 | | |
| 3. | (11)9700000218014396  0002399-01<br>57255  DGandL000909 | Carol L. Bishop<br>7 Clifford Street Biddeford, ME 04005 | 1.030 | 0.700 | | |
| 4. | (11)9700000218014402  0002399-01<br>57255  DGandL000909 | William R. Bishop<br>7 Clifford Street Biddeford, ME 04005 | 1.030 | 0.700 | | |
| 5. | (11)9700000218014426  0002399-01<br>57255  DGandL000909 | William R. Bishop<br>7 Clifford Street Biddeford, ME 04005 | 1.030 | 0.700 | | |
| 6. | (11)9700000218014433  0002399-01<br>57255  DGandL000909 | William R. Bishop<br>114 Prospect Street Biddeford, ME 04005 | 1.030 | 0.700 | | |
| 7. | (11)9700000218014440  0002399-01<br>57255  DGandL000909 | William R. Bishop<br>114 Prospect Street Biddeford, ME 04005 | 1.030 | 0.700 | | |

*Postmark: SERRA MESA POST OFFICE JAN 27 2026 SAN DIEGO, CA 92123*

PS Form **3665**, January 2017 (Page 1 of 1) PSN 7530-17-000-5549

| | |
|---|---|
| **From:** | noreply@informe.org |
| **To:** | Courtney Ball |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |
| **Date:** | Wednesday, January 28, 2026 1:04:30 PM |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan Graves and Longoria LLC
Owner of the mortgage:Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1
What term best describes the owner of the mortgage?:Federally Chartered Bank
Filer's Email Address:cb@dgandl.com
Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032

-----

Consumer Information

-----

Consumer First name:Carol
Consumer Middle Initial/Middle Name: L.
Consumer Last name:Bishop
Consumer Suffix:
Property Address line 1:7 Clifford Street
Property Address line 2:
Property Address line 3:
Property Address City/Town:Biddeford
Property Address State:
Property Address zip code:04005
Property Address County:York

-----

Notification Details

-----

Date notice was mailed:1/27/2026
Amount needed to cure default:21099.82
Consumer Address line 1:7 Clifford Street
Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Biddeford
Consumer Address State:ME
Consumer Address zip code:04005
CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

| | |
|---|---|
| **From:** | noreply@informe.org |
| **To:** | Courtney Ball |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |
| **Date:** | Wednesday, January 28, 2026 1:04:30 PM |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan Graves and Longoria LLC

Owner of the mortgage:Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1

What term best describes the owner of the mortgage?:Federally Chartered Bank

Filer's Email Address:cb@dgandl.com

Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Select Portfolio Servicing, Inc.

Loss Mitigation Department/Loan Resolution

3217 S. Decker Lake Drive

Salt Lake City, UT 84119

(888) 818-6032


-----

Consumer Information

-----


Consumer First name:Carol

Consumer Middle Initial/Middle Name: L.

Consumer Last name:Bishop

Consumer Suffix:

Property Address line 1:7 Clifford Street

Property Address line 2:

Property Address line 3:

Property Address City/Town:Biddeford

Property Address State:

Property Address zip code:04005

Property Address County:York


-----

Notification Details

-----


Date notice was mailed:1/27/2026

Amount needed to cure default:21099.82

Consumer Address line 1:7 Clifford Street

Consumer Address line 2:Apt 102

Consumer Address line 3:

Consumer Address City/Town:Biddeford

Consumer Address State:ME

Consumer Address zip code:04005

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

| | |
|---|---|
| **From:** | noreply@informe.org |
| **To:** | Courtney Ball |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |
| **Date:** | Wednesday, January 28, 2026 1:04:44 PM |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----
Company providing the notice:Doonan Graves and Longoria LLC
Owner of the mortgage:Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1
What term best describes the owner of the mortgage?:Federally Chartered Bank
Filer's Email Address:cb@dgandl.com
Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032


-----
Consumer Information
-----

Consumer First name:Carol
Consumer Middle Initial/Middle Name: L.
Consumer Last name:Bishop
Consumer Suffix:
Property Address line 1:7 Clifford Street
Property Address line 2:
Property Address line 3:
Property Address City/Town:Biddeford
Property Address State:
Property Address zip code:04005
Property Address County:York


-----
Notification Details
-----

Date notice was mailed:1/27/2026
Amount needed to cure default:21099.82
Consumer Address line 1:7 Clifford Street
Consumer Address line 2:Apt 2
Consumer Address line 3:
Consumer Address City/Town:Biddeford
Consumer Address State:ME
Consumer Address zip code:04005

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

| | |
|---|---|
| **From:** | noreply@informe.org |
| **To:** | Courtney Ball |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |
| **Date:** | Wednesday, January 28, 2026 1:05:03 PM |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----
Company providing the notice:Doonan Graves and Longoria LLC
Owner of the mortgage:Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1
What term best describes the owner of the mortgage?:Federally Chartered Bank
Filer's Email Address:cb@dgandl.com
Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032


-----
Consumer Information
-----

Consumer First name:William
Consumer Middle Initial/Middle Name: R.
Consumer Last name:Bishop
Consumer Suffix:
Property Address line 1:7 Clifford Street
Property Address line 2:
Property Address line 3:
Property Address City/Town:Biddeford
Property Address State:
Property Address zip code:04005
Property Address County:York


-----
Notification Details
-----

Date notice was mailed:1/27/2026
Amount needed to cure default:21099.82
Consumer Address line 1:7 Clifford Street
Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Biddeford
Consumer Address State:ME
Consumer Address zip code:04005
CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

| | |
|---|---|
| **From:** | noreply@informe.org |
| **To:** | Courtney Ball |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |
| **Date:** | Wednesday, January 28, 2026 1:05:16 PM |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----

Mortgage Information

-----

Company providing the notice:Doonan Graves and Longoria LLC
Owner of the mortgage:Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1
What term best describes the owner of the mortgage?:Federally Chartered Bank
Filer's Email Address:cb@dgandl.com
Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032


-----

Consumer Information

-----

Consumer First name:William
Consumer Middle Initial/Middle Name: R.
Consumer Last name:Bishop
Consumer Suffix:
Property Address line 1:7 Clifford Street
Property Address line 2:
Property Address line 3:
Property Address City/Town:Biddeford
Property Address State:
Property Address zip code:04005
Property Address County:York


-----

Notification Details

-----

Date notice was mailed:1/27/2026
Amount needed to cure default:21099.82
Consumer Address line 1:7 Clifford Street
Consumer Address line 2:Apt 102
Consumer Address line 3:
Consumer Address City/Town:Biddeford
Consumer Address State:ME
Consumer Address zip code:04005
CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

| | |
|---|---|
| **From:** | noreply@informe.org |
| **To:** | Courtney Ball |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |
| **Date:** | Wednesday, January 28, 2026 1:05:28 PM |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----
Company providing the notice:Doonan Graves and Longoria LLC
Owner of the mortgage:Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1
What term best describes the owner of the mortgage?:Federally Chartered Bank
Filer's Email Address:cb@dgandl.com
Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032


-----
Consumer Information
-----

Consumer First name:William
Consumer Middle Initial/Middle Name: R.
Consumer Last name:Bishop
Consumer Suffix:
Property Address line 1:7 Clifford Street
Property Address line 2:
Property Address line 3:
Property Address City/Town:Biddeford
Property Address State:
Property Address zip code:04005
Property Address County:York


-----
Notification Details
-----

Date notice was mailed:1/27/2026
Amount needed to cure default:21099.82
Consumer Address line 1:114 Prospect Street
Consumer Address line 2:Apt 8
Consumer Address line 3:
Consumer Address City/Town:Biddeford
Consumer Address State:ME
Consumer Address zip code:04005
CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

**From:** noreply@informe.org
**To:** Courtney Ball
**Subject:** Pre-Foreclosure Reporting Form Submission
**Date:** Wednesday, January 28, 2026 1:05:33 PM

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.
-----
Mortgage Information
-----
Company providing the notice:Doonan Graves and Longoria LLC
Owner of the mortgage:Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1
What term best describes the owner of the mortgage?:Federally Chartered Bank
Filer's Email Address:cb@dgandl.com
Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Select Portfolio Servicing, Inc.
Loss Mitigation Department/Loan Resolution
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
(888) 818-6032

-----
Consumer Information
-----

Consumer First name:William
Consumer Middle Initial/Middle Name: R.
Consumer Last name:Bishop
Consumer Suffix:
Property Address line 1:7 Clifford Street
Property Address line 2:
Property Address line 3:
Property Address City/Town:Biddeford
Property Address State:
Property Address zip code:04005
Property Address County:York

-----
Notification Details
-----

Date notice was mailed:1/27/2026
Amount needed to cure default:21099.82
Consumer Address line 1:114 Prospect Street
Consumer Address line 2:Apt 9
Consumer Address line 3:
Consumer Address City/Town:Biddeford
Consumer Address State:ME
Consumer Address zip code:04005
CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.